UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SENATE PERMANENT SUBCOMMITTEE ON INVESTIGATIONS, <br><br> Applicant, <br><br> v. <br><br> CARL FERRER, <br><br> Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Misc. No. _____ |

[Proposed] **ORDER**
**GRANTING APPLICATION TO ENFORCE SUBPOENA DUCES TECUM**
**OF SENATE PERMANENT SUBCOMMITTEE ON INVESTIGATIONS**

Upon consideration of the Application to Enforce Subpoena Duces Tecum of Senate Permanent Subcommittee on Investigations, all papers filed in support thereof and opposition thereto, and the entire record herein, the Court hereby finds that the Subcommittee is entitled to enforce its subpoena issued to Carl Ferrer on October 1, 2015, for production of documents responsive to requests 1, 2, and 3 of that subpoena, and that Mr. Ferrer has no privilege against complying with the Subcommittee's subpoena. Accordingly, it is hereby

ORDERED that the Application is GRANTED; and it is further

ORDERED that Carl Ferrer shall comply forthwith with the October 1, 2015 subpoena of the Subcommittee and produce to the Subcommittee all documents responsive to requests 1, 2, and 3 of the subpoena no later than 10 days from the date of this Order.

Dated: _____                                        _____
                                                                                       United States District Judge

To be served on:

Steven R. Ross
Stanley M. Brand
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
(202) 887–4343
sross@akingump.com


Patricia Mack Bryan
Senate Legal Counsel
642 Hart Senate Office Building
Washington, D.C. 20510-7250
(202) 224-4435
pat_bryan@legal.senate.gov