UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SENATE PERMANENT SUBCOMMITTEE ON INVESTIGATIONS,

    Applicant,

v.

CARL FERRER,

    Respondent.

Case: 1:16-mc-00621
Assigned To : Collyer, Rosemary M.
Assign. Date : 3/29/2016
Description: Miscellaneous

**ORDER SETTING BRIEFING SCHEDULE**

Upon consideration of the Unopposed Motion of Senate Permanent Subcommittee on Investigations to Set a Briefing Schedule on Its Application to Enforce Subpoena Duces Tecum, it is hereby

ORDERED that Carl Ferrer, Chief Executive Officer of Backpage.com, LLC, shall file a response to the Subcommittee's Application no later than April 26, 2016; and it is further

ORDERED that the Senate Permanent Subcommittee on Investigations may file a reply in support of its Application no later than May 17, 2016.

Dated: 30 March 2016

Rosemary M Collyer
United States District Judge

To be served on:

Steven R. Ross
Stanley M. Brand
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
(202) 887–4343
sross@akingump.com

Patricia Mack Bryan
Senate Legal Counsel
642 Hart Senate Office Building
Washington, D.C. 20510-7250
(202) 224-4435
pat_bryan@legal.senate.gov