MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION
TO APPLICATION OF SENATE PERMANENT SUBCOMMITTEE
ON INVESTIGATIONS TO ENFORCE SUBPOENA DUCES TECUM

# Exhibit B

 **Rob Portman** 
@robportman

"The website called backpage essentially sells human beings. It's horrible, and I'm going after them."



| RETWEETS | LIKES |
| --- | --- |
| 5 | 20 |

4:54 PM - 26 Mar 2016