MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION
TO APPLICATION OF SENATE PERMANENT SUBCOMMITTEE
ON INVESTIGATIONS TO ENFORCE SUBPOENA DUCES TECUM

# Exhibit C

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SENATE PERMANENT SUBCOMMITTEEE ON INVESTIGATIONS, | ) ) ) | |
| Applicant | ) ) | Misc. No. 1:16-mc-00621-RMC |
| v. | ) ) | |
| CARL FERRER, | ) ) | |
| Respondent. | ) ) | |
| _____/ | | |

**<u>DECLARATION OF JAMES GRANT</u>**

I, James Grant, declare:

1.       I am an attorney with the law firm Davis Wright Tremaine LLP and I represent Backpage.com, LLC and the company's Chief Executive Officer, Carl Ferrer.  I make this declaration in support of Respondent's Memorandum of Points and Authorities in Opposition of Application of Senate Permanent Subcommittee on Investigations to Enforce Subpoena Duces Tecum.  Except as indicated otherwise, I make this declaration based on personal knowledge and business records of Backpage.com.  I am competent to testify to the matters stated herein.

2.       Attached as **<u>Exhibit 1</u>** is a true and correct copy of a Joint Statement issued in November 2008 by craigslist, Inc., the National Center for Missing and Exploited Children and forty-one state attorneys general (as well as the attorneys general of Guam and the Virgin Islands).  The Joint Statement is provided on the website of the Arizona Attorney General's office, *see*  https://www.azag.gov/sites/default/files/craigslist%20final%20statement.pdf, among other places.

3.      Attached as **Exhibit 2** is a true and correct copy of a September 4, 2010 New York Times article entitled *Craigslist Blocks Access to 'Adult Services' Pages*, available at http://www.nytimes.com/2010/09/05/technology/05craigs.html?_r=0.

4.      Attached as **Exhibit 3** is a true and correct copy of a letter dated August 31, 2011 from the National Association of Attorneys General requesting that Backpage.com provide numerous categories of information, "in lieu of a subponea."

5.      Attached as **Exhibit 4** hereto is a true and correct copy of a letter dated April 3, 2012 lettter from Congresswomen Marsha Blackburn and Carolyn Maloney to Larry Page, the CEO of Google, Inc.  The letter is avilable at Congresswoman Blackburn's website, http://blackburn.house.gov/uploadedfiles/blackburn_maloney_letter_4-3-12.pdf.

6.      Attached as **Exhibit 5** hereto is a true and correct copy of a letter dated October 5, 2012 lettter from six U.S. Senators to Scott Tobias, the CEO of Voice Media Group, Inc., a company that, at the time, had recently acquired the print publications that had been owned by Village Voice Media Holdings, LLC.

7.      Attached as **Exhibit 6** is a true and correct copy of a letter dated January 24, 2014 from John Sommerville of the Office of Cook County Sheriff Thomas Dart to counsel for Backpage.com, providing a list of numerous requests "for Information and Site Modification."

8.      Attached as **Exhibit 7** is a true and correct copy of an article from the Chicago Tribune, dated April 20, 2011 and entitled:  *Online Prostitution Battle Shifts from Craigslist to 'Copycat' Sites, police say,* which is available at http://articles.chicagotribune.com/2011-04-20/news/ct-met-craigslist-update-20110420_1_illegal-ads-craigslist-backpage-com.

9.      I am counsel of record for Backpage.com in the action *Backpage.com, LLC v. Dart*, No. 1:15-cv-06340, pending in the U.S. District Court for the Northern District of Illinois.

DWT 29422684v2 3710078-000077

The materials attached as Exhibits 8-13 are true and correct copies of documents produced by the Cook County Sheriff's Office in that action.

10.     Attached as **Exhibit 8** is an email dated April 6, 2015 from Stephanie Zugschwert of Sheriff Dart's staff concerning her assignment focusing on Backpage.com.

11.     Attached as **Exhibit 9** a group of emails from May-June 2015 authored by Ms. Zugschwert, concerning a plan to target MasterCard and Visa to terminate use of their cards on Backpage.com.

12.     Attached as **Exhibit 10** is an email chain from May 13, 2015 including several communications between representatives of Sheriff Dart's office and counsel for the Permanent Subcommittee on Investigations (PSI).

13.     Attached as **Exhibit 11** is an email chain from May and July 2015 between counsel for the PSI and representatives of Sheriff Dart's office.

14.     Attached as **Exhibit 12** is an email chain from July 6, 2015 between counsel for the PSI and representatives of Sheriff Dart's office.

15.     Attached as **Exhibit 13** is an email chain from July 6-8 2015 between counsel for the PSI and representatives of Sheriff Dart's office.

16.     In 2013, a sealed federal court order quashed a grand jury subpoena that sought documents from Backpage similar to the PSI's subpoena.  Backpage filed a motion to have the order unsealed for the limited purpose of providing it to the PSI.  However, the motion was opposed by the government and ultimately denied.

17.     Following Sheriff Dart's campaign against Backpage, PSI contacted at least one credit card company; however, documents concerning the contact were produced with a request that they be confidential.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed at Seattle, Washington on April 26, 2016.

_____
James Grant

DWT 29422684v2 3710078-000077

# EXHIBIT  1

# JOINT STATEMENT

craigslist, the Attorneys General listed below, and the National Center for Missing and Exploited Children ("NCMEC"), announce new measures that craigslist is taking to help combat unlawful activity and improve public safety on its web site.

This agreement culminates a series of discussions and in person meetings between Jim Buckmaster, CEO of craigslist, Richard Blumenthal, Attorney General of the State of Connecticut, and NCMEC.

craigslist is a popular internet classifieds service that provides the public with many benefits. Like all communication tools, it can unfortunately be misused to facilitate unlawful activity.

craigslist has a long record of implementing measures to prevent misuse of its web site, assisting law enforcement investigations, and of improving safety for craigslist users. Law enforcement personnel have called craigslist's attention to misuse of craigslist's "erotic services" category to facilitate unlawful activity. This problem requires new safeguards for craigslist and new ways of working together with law enforcement. Further innovation and collaboration in addressing these issues will be beneficial for the safety of craigslist users and the general public. Accordingly, craigslist, the Attorneys General, and NCMEC, announce the following measures for combating unlawful activity and improving public safety on craigslist:

## I.    DIGITAL TAGGING, COMMUNITY FLAGGING, ELECTRONIC SCREENING

- craigslist has implemented a community self-policing program which allows users to "flag" a posting the user believes violates the terms of use, including the prohibition against pornography. The objectionable posting is eliminated automatically if it receives above a threshold number of flags.

- craigslist uses electronic screening to block certain advertisements that craigslist believes will violate its Terms of Use before they are posted.

- craigslist digitally tags adult sections of the site using industry standard PICS rating headers to facilitate the effectiveness of PC-based parental screening software.

## II.   TELEPHONE VERIFICATION

- craigslist has implemented a telephone verification system for the "erotic services" section of the site requiring any person seeking to post an advertisement to provide a working telephone number.

- Telephone verification enables craigslist to permanently block the phone number of any person posting unlawful or inappropriate advertisements.

### III.   CREDIT CARD VERIFICATION AND FEE TO POST

- craigslist plans to implement credit card verification and fee to post for its "erotic services" category.  Persons wishing to post ads in this category will be required to pay a fee using a valid credit card.

- Credit card verification and fee to post will reduce ad volume significantly, and encourage more responsible usage.

- Credit Card verification provides additional identifying information that will enable craigslist to block the accounts of persons who violate craigslist's terms of use.

- credit card information would be available to law enforcement agencies through a subpoena process.

- craigslist plans to contribute 100% of the net revenues from these advertisements to charity.  A public accounting firm will verify the net revenue amounts.

### IV.   LEGAL ACTION AGAINST SPAM OPERATORS

- Misuse of craigslist is facilitated by companies providing spamming, posting, and/or flagging services.  These businesses seek financial profit by providing services and/or software that circumvent craigslist's terms of use and defense mechanisms or facilitate circumvention by other persons.

- craigslist has initiated (or will soon initiate) lawsuits against a number of these companies that violate craigslist's terms of use (or facilitate the violation of craigslist's terms of use by others).

- craigslist will provide evidence of unlawful activity by these operators to the Attorneys General for potential prosecution.

### V.   COOPERATION WITH LAW ENFORCEMENT

- craigslist has developed search capabilities that enhance its ability to assist NCMEC and law enforcement agencies to locate missing persons, and identify exploited minors and victims of human trafficking.

- craigslist is continuing its development efforts in this area to further enhance its ability to assist law enforcement NCMEC and even social welfare agencies in their efforts to protect children from this type of victimization.

- craigslist will cooperate with law enforcement utilizing the subpoena process.

### VI.   HUMAN TRAFFICKING AND CHILD EXPLOITATION AWARENESS

- craigslist is visited by more than 40 million Americans each month, generating more than 12 billion monthly page views. Information presented by craigslist can help raise

awareness among Americans regarding the enormous suffering caused by human trafficking and the exploitation of minors in this country.

- craigslist, the Attorneys General, and NCMEC will work together to further refine and improve educational materials that are currently available on craigslist.

## VII.   FUTURE EFFORTS

- craigslist and the Attorneys General will meet on a regular basis to discuss design and functionality improvements to combat unlawful activity and improve safety on its web site.

- craigslist will explore the implementation and use of technology that prevents image uploads likely to violate its terms of use.

- craigslist will work with the Attorneys General to develop more robust electronic screening of language used in craigslist postings.



Jim Buckmaster
President and Chief Executive Officer, craigslist, Inc.

Ernie Allen
President and Chief Executive Officer
National Center for Missing and Exploited Children

Richard Blumenthal
Attorney General of Connecticut

Terry Goddard
Attorney General of Arizona

Dustin B. McDaniel
Attorney General of Arkansas

John W. Suthers
Attorney General of Colorado

Richard S. Gebelein
Acting Attorney General of Delaware

Peter J. Nickles
Attorney General of the District of Columbia

Thurbert E. Baker
Attorney General of Georgia

Alicia G. Limtiaco
Attorney General of Guam

Mark J. Bennett
Attorney General of Hawaii

Lawrence G. Wasden
Attorney General of Idaho

Lisa Madigan
Attorney General of Illinois

Stephen Carter
Attorney General of Indiana

Tom Miller
Attorney General of Iowa

Steve Six
Attorney General of Kansas

Jack Conway
Attorney General of Kentucky

James D. "Buddy" Caldwell
Attorney General of Louisiana

Steven Rowe
Attorney General of Maine

Douglas F. Gansler
Attorney General of Maryland

Jim Hood
Attorney General of Mississippi

Mike McGrath
Attorney General of Montana



Jon Burning
Attorney General of Nebraska

Catherine Cortez Masto
Attorney General of Nevada



Kelly A. Ayotte
Attorney General of New Hampshire

Anne Milgram
Attorney General of New Jersey

Gary King
Attorney General of New Mexico

Roy Cooper
Attorney General of North Carolina



Wayne Stenehjem
Attorney General of North Dakota



Nancy Rogers
Attorney General of Ohio



Drew Edmondson
Attorney General of Oklahoma

Hardy Myers
Attorney General of Oregon



Tom Corbett
Attorney General of Pennsylvania



Patrick C. Lynch
Attorney General of Rhode Island

Henry McMaster
Attorney General of South Carolina



Lawrence E. Long
Attorney General of South Dakota

Robert E. Cooper, Jr.
Attorney General of Tennessee

Mark L. Shurtleff
Attorney General of Utah



William H. Sorrell
Attorney General of Vermont



Vincent F. Frazer
Attorney General of the Virgin Islands

Robert F. McDonnell
Attorney General of Virginia

Rob McKenna
Attorney General of Washington

Darrell V. McGraw, Jr.
Attorney General of West Virginia

J. B. Van Hollen
Attorney General of Wisconsin

Bruce A. Salzburg
Attorney General of Wyoming

# EXHIBIT  2

The New York Times

**TECHNOLOGY**

# Craigslist Blocks Access to 'Adult Services' Pages

By CLAIRE CAIN MILLER    SEPT. 4, 2010

Craigslist, the popular Web site for classified ads, has blocked access to its "adult services" section and replaced the link with a black label showing the word "censored."

Law-enforcement officials and groups that oppose human trafficking have been highly critical of Craigslist, saying that the adult ads helped facilitate prostitution and the selling of women against their will.

Craigslist, which is based in San Francisco, did not respond to requests for comment, and it was unclear whether the block represented a permanent shift in policy or a temporary protest against the outside pressure on the company, which has lasted several years.

Last month the attorneys general from 17 states sent a letter to Craigslist's chief executive, Jim Buckmaster, and its founder, Craig Newmark, asking the company to immediately remove the adult services section.

The controversy is the one of the most prominent in the debate over free

speech on the Web, where anyone can easily and anonymously post anything: just how much responsibility does a Web site have for what is posted by its users, or for potential criminal activity that results from the posts?

The company, while promising to provide more rigorous oversight of the ads, has defended its right to run them and says it is protected under federal law — the Communications Decency Act — a position that judges and legal experts have generally backed.

"They can absolutely keep it up. The law is pretty crystal clear on this," said M. Ryan Calo, a senior research fellow at the Stanford Law School's Center for Internet & Society. "What's happened here is the states' attorneys general, having failed to win in court and in litigation, have decided to revisit this in the court of public opinion, and in the court of public opinion, they have been much more successful."

Richard Blumenthal, the Connecticut attorney general who helped lead the effort against Craigslist, said by phone on Saturday that "these prostitution ads did not promote a victimless crime. There is human trafficking in children, assaults on women."

He said he was pleased that Craigslist appeared to be "doing the right thing voluntarily" but added that his office would continue to monitor the site and was trying to determine if Craigslist was closing the section permanently. Craigslist continued to block access to the section on Sunday.

The ads in the adult section, which cost $10 to post and $5 to repost, are a big revenue source, analysts say. Craigslist is private and does not report financial figures. But adult ads are expected to bring the company $45 million in revenue this year, according to the Advanced Interactive Media Group, an organization that analyzes Craigslist.

Some Internet law analysts said on Saturday that Craigslist could be sending more than one signal — that it was both capitulating to law

enforcement and thumbing its nose at it.

"There are multiple ways in which to censor speech — one is directly through the courts, and the other is through a form of protest that says, even if you can do this, stop doing it," said Thomas R. Burke, a lawyer at Davis Wright Tremaine who specializes in Internet law and is not involved with Craigslist. "Maybe their point in saying they were censored is that people need to understand the law better."

But Malika Saada Saar, executive director of the Rebecca Project for Human Rights, a nonprofit group that has urged Craigslist to shut the adult services section and screen the entire site for such ads, said the company should be held responsible for what appears on its site. She said Craigslist "has the legal responsibility as well as the moral responsibility" to close the section. Craigslist has taken steps to appease critics before. In May 2009, it removed its "erotic services" category and replaced it with "adult services," for "postings by legal adult service providers," and had all adult services ads manually screened by a lawyer before posting.

But criticism has continued, fueled by prominent cases like that of Philip Markoff, a Boston medical student who was charged with murdering a woman he had met on Craigslist. He pleaded not guilty, and he died in jail last month in an apparent suicide.

The section in question appears not to have been blocked abroad. In France visitors to the site have access to the Érotique link and can see material intended for adults.

A version of this article appears in print on September 5, 2010, on page A14 of the New York edition with the headline: Under Fire From Critics, Craigslist Blocks Access to 'Adult Services' Pages in U.S.

© 2016 The New York Times Company

# EXHIBIT  3



**National Association of Attorneys General**

PRESIDENT
Rob McKenna
Washington Attorney General

PRESIDENT-ELECT
Doug Gansler
Maryland Attorney General

VICE PRESIDENT
J.B. Van Hollen
Wisconsin Attorney General

IMMEDIATE PAST PRESIDENT
Roy Cooper
North Carolina Attorney General

EXECUTIVE DIRECTOR
James McPherson

August 31, 2011

Mr. Samuel Fifer
Counsel for Backpage.Com, LLC
SNR Denton US
233 South Wacker Drive
Suite 7800
Chicago, IL 60606-6306

**Re: Backpage.com's ongoing failure to effectively limit prostitution and sexual trafficking activity on its website**

Mr. Fifer:

This letter is in response to Backpage.com's assurances, both public and in private, concerning the company's facilitation of the sexual exploitation of children, and prostitution. As our state's chief law enforcement officers, we are increasingly concerned about human trafficking, especially the trafficking of minors. Backpage.com is a hub for such activity.

While Backpage.com professes to have undertaken efforts to limit advertisements for prostitution on its website, particularly those soliciting sex with children, such efforts have proven ineffective. In May, for example, a Dorchester, Massachusetts man was charged for forcing a 15-year-old girl into a motel to have sex with various men for $100 to $150 an hour. To find customers, the man posted a photo of the girl on Backpage.com. He was later found with $19,000 in cash. In another example, prosecutors in Washington state are handling a case in which teen girls say they were coerced, threatened and extorted by two adults who marketed them on Backpage.com.

We have tracked more than 50 instances, in 22 states over three years, of charges filed against those trafficking or attempting to traffic minors on Backpage.com. These are only the stories that made it into the news; many more instances likely exist. These cases often involve runaways ensnared by adults seeking to make money by sexually exploiting them. In some cases, minors are pictured in advertisements. In others, adults are pictured but minors are substituted at the "point of sale" in a grossly illegal transaction.

Nearly naked persons in provocative positions are pictured in nearly every adult services advertisement on Backpage.com and the site requires advertisements for escorts, and other similar "services," to include hourly rates. It does not require forensic training to understand that these advertisements are for prostitution. This hub for illegal services has proven particularly enticing for those seeking to sexually exploit minors.

2030 M Street, NW
Eighth Floor
Washington, DC 20036
Phone: (202) 326-6000
http://www.naag.org/

In a meeting with the Washington State Attorney General″s Office, Backpage.com vice president Carl Ferrer acknowledged that the company identifies more than 400 "adult services" posts every month that may involve minors.  This figure indicates the extent to which the trafficking of minors occurs on the site – the actual number of minors exploited through Backpage.com may be far greater.  The company″s figures, along with real world experience, demonstrate the extreme difficulty of excising a particularly egregious crime – the sexual exploitation of minors – on a site seemingly dedicated to the promotion of prostitution.

On a regional basis, there has been no change in postings for prostitution services on Backpage.com.  For example, between July 28 and August 1, the Missouri Attorney General″s Office on behalf of the Attorneys General Working Group conducted a review of adult content on Backpage.com.  This review revealed numerous daily postings for "escort" services in the Adult>Escorts section.  On Sunday, July 31, in the St. Louis-area alone, there were one hundred and three (103) new postings for such services.  Other regional examples include:

- On August 1, the Washington State Attorney General″s Office found one hundred and forty two (142) advertisements that are obviously for prostitutes in the Seattle area; and
- On August 2, even the Connecticut State Attorney General″s Office found advertisements for prostitutes in the Connecticut area on the Springfield, Massachusetts and Rhode Island pages, circumventing Backpage.com″s omission of a Connecticut adult section.

Missouri investigators further confirmed that Backpage.com″s review procedures are ineffective in policing illegal activity.  On July 28 and July 29, investigators flagged twenty five (25) new postings advertising prostitution in the St. Louis, Kansas City, Springfield, Columbia, and Jefferson City areas.  By August 1, at least four days later, only five of these postings, or less than a quarter, had been removed.

The prominence of illegal content on Backpage.com conflicts with the company″s representations about its content policies.  Backpage.com claims that it "is committed to preventing those who are intent on misusing the site for illegal purposes."[1]  To that end, Backpage.com represents that it has "implemented strict content policies to prevent illegal activity," and that the company has "inappropriate ad content removed."[2]  Backpage.com also requires those who post "adult services" advertisements to click a link indicating they agree not to "post any solicitation directly or in ‚coded″ fashion for any illegal service exchanging sexual favors for money or other valuable consideration."[3]  However, a cursory look at a relevant section demonstrates that this guideline is not enforced.[4]

In fact, in a meeting with the Washington State Attorney General″s Office, Village Voice Media Board Member Don Moon readily admitted that prostitution advertisements regularly appear on Backpage.com.  This shows that the stated representations about the site are in direct

---

[1] Backpage.com, Safety and Security Enhancements, http://blog.backpage.com/ (last visited August 05, 2011).
[2] *Id.*
[3] *See* Backpage.com, Posting Rules,
http://posting.seattle.backpage.com/gyrobase/classifieds/PostAdPPI.html/sea/posting.seattle.backpage.com/?section=4381&category=4443&u=sea&serverName=posting.seattle.backpage.com&superRegion=Seattle (last visited August 05, 2011)..
[4] *See* Backpage.com, Seattle Escorts, http://seattle.backpage.com/FemaleEscorts/ (last visited August 05, 2011).

conflict with the reality of Backpage's business model: making money from a service illegal in every state, but for a few counties in Nevada.

Based on an independent assessment by the AIM Group, Backpage.com's estimated annual revenue from its adult services section is approximately $22.7 million.  This figure, along with information you provided to the Working Group, indicates that Backpage.com devotes only a fraction of the revenue generated from its adult section advertisements to manual content review.  We believe Backpage.com sets a minimal bar for content review in an effort to temper public condemnation, while ensuring that the revenue spigot provided by prostitution advertising remains intact.  Though you have stated "all new ads are moderated by a staff member,"[5] there appear to be no changes in the volume of prostitution advertisements resulting from this "moderation."

As a practical matter, it is likely very difficult to accurately detect underage human trafficking on Backpage.com's adult services section, when to an outside observer, the website's sole purpose seems to be to advertise prostitution.  That is why Craigslist's decision to shut down its adult services section was applauded as a clear way for it to eradicate advertising on its website that trafficked children for prostitution.  It is also why we have called on Backpage.com to take similar action.

Furthermore, in lieu of a subpoena, the Working Group asks that Backpage.com provide additional information so that we may better understand the company's policies and practices. As noted earlier, Backpage.com represents that it has "strict content policies to prevent illegal activity."[6]  We ask that Backpage.com substantiate this claim by:

1. Describing in detail Backpage.com's understanding of what precisely constitutes "illegal activity," including whether Backpage.com contends that advertisements for prostitution services do not constitute advertisements for "illegal activity;"
2. Providing a copy of such policies, including but not limited to the specific criteria used to determine whether an advertisement may involve illegal activity;
3. Providing the list of the prohibited terms for which Backpage.com is screening;
4. Describing in detail the individualized or hand review process undertaken by Backpage.com, including the number of personnel currently assigned to conduct such review;
5. Stating the number of advertisements in its adult section, including all subsections, submitted since September 1, 2010;
6. Stating the number of advertisements, in its adult section, including all subsections, submitted since September 1, 2010, which were subjected to individualized or hand review prior to publication; and
7. Stating the number of advertisements in its adult section, including all subsections, submitted since September 1, 2010, rejected *prior to* publication because they involved or were suspected to involve illegal activity.

---

[5] Letter from Samuel Fifer, Attorney, SNR Denton, to Attorneys General Working Group (Jan. 27, 2011).

[6] Backpage.com, *supra* note 1.

Backpage.com's further represents that it has "inappropriate ad content removed."[7] We ask that Backpage.com substantiate this claim by:

8. Describing the criteria used to determine whether a published advertisement should be removed due to actual or suspected illegal activity;
9. Providing a copy of such policies that detail the criteria used to determine whether a published advertisement should be removed due to actual or suspected illegal activity;
10. Describing in detail the criteria Backpage.com uses, including but not limited to the number of user reports required, before a published advertisement is subjected to further review;
11. Providing a copy of such policies that detail the criteria Backpage.com uses, including but not limited to the number of user reports required, before a published advertisement is subjected to further review;
12. Stating the number of published advertisements posted since September 1, 2010 in its adult section, including all subsections,  that Backpage.com has subjected to post publication review;
13. Stating the number of published advertisements posted since September 1, 2010 in its adult section, including all subsections,  that Backpage.com removed following post publication review;
14. Stating the number of published advertisements posted since September 1, 2010 in its adult section, including all subsections,  that Backpage.com *did not* remove following post publication review;
15. Stating the number of published advertisements posted since September 1, 2010 that were not subjected to further review by Backpage.com despite the receipt of user reports.

Lastly, Backpage.com also represents that it is "partnering with law enforcement and safety advocates/experts."[8]  We request that Backpage.com support this assertion by:

16. Identifying the specific "law enforcement [agencies] and safety advocates/experts" with whom Backpage.com has partnered and describing the actions taken by Backpage.com in connection with such partnerships;
17. Stating the number of advertisements submitted since September 1, 2010 that Backpage.com has reported pre-publication to local, state or federal law enforcement agencies, or to the National Center for Missing and Exploited Children's Cyber Tipline, because of actual or suspected illegal activity;
18. Stating the number of user reports of suspected exploitation of minors and/or human trafficking Backpage.com requires before subjecting a published advertisement to further review;
19. Stating the number of published advertisements posted since September 1, 2010 that Backpage.com removed in response to such user reports;
20. Stating the number of published advertisements posted since September 1, 2010 that Backpage.com reported to local, state or federal law enforcement agencies, or to the National Center for Missing and Exploited Children's Cyber Tipline, as a result of such reports; and

---

[7] Backpage.com, *supra* note 1.
[8] Backpage.com, *supra* note 1.

21. Stating the number of published advertisements posted since September 1, 2010 that Backpage.com *did not* remove following a review prompted by user reports.

The National Association of Attorneys General requests Backpage.com's response on or before September 14, 2011.

Respectfully,

George Jepsen
Attorney General of Connecticut

Chris Koster
Attorney General of Missouri

Rob McKenna
Attorney General of Washington

Luther Strange
Alabama Attorney General

John J. Burns
Alaska Attorney General

Tom Horne
Arizona Attorney General

Dustin McDaniel
Arkansas Attorney General

Kamala Harris
California Attorney General

John W. Suthers
Colorado Attorney General

Joseph R. "Beau" Biden III
Delaware Attorney General

Pam Bondi
Florida Attorney General

Sam Olens
Georgia Attorney General

Lenny Rapadas
Guam Attorney General

David Louie
Hawaii Attorney General

Lawrence Wasden
Idaho Attorney General

Lisa Madigan
Illinois Attorney General

Greg Zoeller
Indiana Attorney General

Tom Miller
Iowa Attorney General

Derek Schmidt
Kansas Attorney General

Jack Conway
Kentucky Attorney General

James "Buddy" Caldwell
Louisiana Attorney General

William J. Schneider
Maine Attorney General

Douglas F. Gansler
Maryland Attorney General

Martha Coakley
Massachusetts Attorney General

Bill Schuette
Michigan Attorney General

Lori Swanson
Minnesota Attorney General

Jim Hood
Mississippi Attorney General

Steve Bullock
Montana Attorney General

Catherine Cortez Masto
Nevada Attorney General

Michael Delaney
New Hampshire Attorney General

Gary King
New Mexico Attorney General

Roy Cooper
North Carolina Attorney General

Wayne Stenehjem
North Dakota Attorney General

Mike Dewine
Ohio Attorney General

Scott Pruitt
Oklahoma Attorney General

John Kroger
Oregon Attorney General

Linda L. Kelly
Pennsylvania Attorney General

Peter Kilmartin
Rhode Island Attorney General

Alan Wilson
South Carolina Attorney General

Marty J. Jackley
South Dakota Attorney General

Robert E. Cooper, JR.
Tennessee Attorney General

Greg Abbott
Texas Attorney General

Mark Shurtleff
Utah Attorney General

Kenneth T. Cuccinelli, II
Virginia Attorney General

Greg Phillips
Wyoming Attorney General

# EXHIBIT  4

# Congress of the United States
## Washington, DC 20515

April 3, 2012

Larry Page
Chief Executive Officer
Google, Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043

Dear Mr. Page:

As Members of Congress committed to combating all forms of human trafficking, we write to you with concerns about reports of Google's advertising practices. Recently, dozens of human rights groups called on the National Association of Attorneys General to investigate Google's advertising practices that these groups believe contribute to the problem of human trafficking in America and globally.

Whatever Google is doing or is not doing to prevent these sorts of advertisements from appearing on their properties, Google has not satisfied a significant number of human rights organizations who have a specialized understanding of how these ads contribute to the human trafficking of women and girls. We are particularly concerned that these human rights groups may have identified yet another area where Google profits from illicit activities such as Google's advertising of controlled substances for which your company paid a $500,000,000 forfeiture to the United States last year.

Accordingly, we request that you provide us with answers to the following initial questions we have regarding these developments:

1. Apart from Google's donations to large human rights organizations, what is your company doing internally to ensure that sexually exploitative advertisements do not appear?

2. What is Google's stated internal policy regarding exploitative advertising? What evidence do you have that those policies are being complied with by both Google's internal and external advertising sales teams?

3. What steps does Google take to instruct its advertising sales managers, consultants, and other employees regarding the evaluation of advertisers of such exploitative marketing?

4. If Google were to determine that it profits from such advertising, what steps would you take to ensure those profits were publicly disclosed and then disgorged? Would that process require restating Google's earnings for past securities filings?

Online markets provide traffickers with the ability to reach untold customers across all political jurisdictions. As a global leader and innovator in internet technologies, Google is in a unique

position to do its part to fight human exploitation and trafficking, and we would encourage the company to proactively address these concerns.

We look forward to your reply and to engaging with Google cooperatively to stop human trafficking in America and around the world.

Sincerely,

MARSHA BLACKBURN
Member of Congress

CAROLYN MALONEY
Member of Congress

# EXHIBIT  5

# United States Senate

WASHINGTON, DC 20510

October 5, 2012

Mr. Scott Tobias
Chief Executive Officer
Voice Media Group, Inc.
740 Krameria Street
Denver, CO 80220

Dear Mr. Tobias:

We are writing with regard to the recent news that your newly formed corporation, Voice Media Group, Inc., will acquire most of the assets currently owned by Village Voice Media Holdings, LLC, except for Backpage.com. We have taken an interest in developments related to the classified advertising website, given its outsized role in facilitating child sex trafficking.

As you probably know, Backpage is the leading U.S. website for prostitution. According to the AIM Group, a classified advertising consultancy, nearly 80 percent of online prostitution advertising revenue for the month of August 2012 was generated by the website's "adult entertainment" section. Law enforcement authorities continue to link Backpage to child sex trafficking cases across the country. In March, we added our voices to the 51 Attorneys General, human rights and sexual assault organizations, faith leaders and hundreds of thousands of citizens who have demanded the shuttering of Backpage's "adult entertainment" section to end its promotion of human trafficking.

You were recently quoted as saying "Backpage has been a distraction … to the core (editorial) properties." We are dismayed that you view child slavery as merely a "distraction" from the publishing business. We are also deeply disappointed that you chose to simply circumvent the public relations disaster Backpage rightly caused Village Voice Media, rather than stand up and use your authority as executives to end the company's role in the sexual exploitation of minors.

Any action short of shutting down Backpage's "adult entertainment" section will only proliferate the exploitation of children. We insist that you take the steps necessary to terminate the prostitution advertising on Backpage, and we will continue to hold any current or former Village Voice Media subsidiaries and related successor corporate structures accountable until such action has been achieved.

Sincerely,

Senator Mark Kirk

Senator Marco Rubio

Senator Richard Blumenthal

Senator John Cornyn

Senator Richard J. Durbin

Senator Daniel K. Akaka

Cc: Ms. Christine Brennan, Executive Editor, Voice Media Group, Inc.
Mr. Jeff Mars, Chief Financial Officer, Voice Media Group, Inc.
Mr. Jim Larkin, Chairman and Chief Executive, Village Voice Media Holdings, LLC
Mr. Michael Lacey, Executive Editor, Village Voice Media Holdings, LLC

# EXHIBIT  6



**RECEIVED**

JAN 3 1 2014

**SAMUEL FIFER**

## OFFICE OF THE SHERIFF
RICHARD J. DALEY CENTER
COOK COUNTY
CHICAGO, ILLINOIS 60602

January 24, 2014

Mr. Samuel Fifer
SNR Denton
233 South Wacker Drive, Suite 7800
Chicago, Illinois 60606-6306

Re: Backpage.com

Dear Mr. Fifer:

This letter is to request Backpage.com to respond to the enclosed *Request for Information and Site Modification*. This request is made for the benefit and welfare of the citizens of Cook County and my continuing efforts to fight human trafficking.

Please respond to the *Request for Information and Site Modification* within 28 days of receipt of the document and direct any questions regarding this matter to John Somerville, (312) 497-6488.

Sincerely,

John Sommerville

enclosure

## Request for Information and Site Modification

This Request for Information and Site Modification is submitted to Backpage.com by Sheriff Tom Dart, Cook County, IL.

### TERMS

1. Backpage.com is referred to as the "Site" or "Backpage.com".
2. Each answer should include information for the time periods: (a) weekly, for the last 52 weeks (b) monthly, for the last 12 months and (c) annually, for the last 3 years.

### VOLUME OF ADS

1. How many ads were submitted to the Site?
2. How many ads were posted to the Site?
3. How many ads were submitted to the adult/escort section of the Site?
4. How many ads were posted to the adult/escort section of the Site?

### STAFFING LEVELS

1. How many people are employed by the Site and are paid for working more than 40 hour per week?
2. How many people are employed by the Site and are paid for working between 20 and 39 hours per week?
3. How many people are employed by the Site and are paid for working less than 20 hours per week?
4. How many people are employed by the Site and are paid for working, specifically dedicated to the adult/escort section of the Site, more than 40 hour per week?
5. How many people are employed by the Site and are paid for working, specifically dedicated to the adult/escort section of the Site, between 20 and 39 hours per week?
6. How many people are employed by the Site and are paid for working, specifically dedicated to the adult/escort section of the Site, less than 20 hours per week?
7. Describe the education, training and experience of the people described above in questions 1, 2, 3, 4, 5 and 6 of STAFFING LEVELS.
8. Explain the following statement, found on Site at the Terms of Use/Release Section, regarding staffing levels: "We do not issue credits or refunds due to our extremely low rates and *minimal administrative staff*." Emphasis added

TERMS OF USE

Fees

The following questions relate to the Backpage.com, adult/escort, Terms of Use, Fees section:

"The Site may impose a fee on the posting of Content in certain areas of the Site"

- a. How much, in U.S. dollars, has the Site imposed for posting ads to the adult/escort category of the Site?
- b. How much, in U.S. dollars, has the Site imposed for posting ads in all other categories of the Site?

## User Conduct

The following questions relate to the Backpage.com, adult/escort, Terms of Use, User Conduct section:

1. "Harassing, threatening, embarrassing or causing distress or discomfort upon another individual or entity or impersonating any other person or entity or otherwise restricting or inhibiting any other person from using or enjoying the Site." (paragraph 1 of User Conduct)

    a. How many accounts were terminated by your staff for conduct prohibited in paragraph 1 of User Conduct?
    b. How many accounts were blocked by your staff for conduct prohibited in paragraph 1 of User Conduct?
    c. How many accounts were disabled by your staff for conduct prohibited in paragraph 1 of User Conduct?
    d. How many reports were made, using abuse@backpage.com, for conduct prohibited in paragraph 1 of User Conduct?
    e. How many reports were made, using "Report this Ad" link, for conduct prohibited in paragraph 1 of User Conduct?
    f. How many reports were made by your staff to the Cyber Tipline, in accordance with Title 18 U.S.C. 2258A, for conduct prohibited in paragraph 1 of User Conduct?
    g. How many subpoenas, referencing a Cyber Tipline Report number, did your staff respond to for conduct prohibited in paragraph 1 of User Conduct?
    h. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 1 of User Conduct?
    i. How many times was Content removed from the Site for conduct prohibited in paragraph 1 of User Conduct?
    j. How many users were permanently banned from posting ads or using the Site for conduct prohibited in paragraph 1 of User Conduct?

k. How many times has the Site removed, moved, refused, edited or deleted Content for conduct prohibited in paragraph 1 of User Conduct?

l. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 1 of User Conduct?

2. "Transmitting any information, data, text, files, links, software, chats, communication or other materials that is unlawful, false, misleading, harmful, threatening, abusive, invasive of another's privacy, harassing, defamatory, vulgar, obscene, hateful or racially or otherwise objectionable, including without limitation material of any kind or nature that encourages conduct that could constitute a criminal offense, give rise to civil liability or otherwise violate any applicable local, state, provincial, national, or international law or regulation, or encourage the use of controlled." (paragraph 2 of User Conduct)

a. How many accounts were terminated by your staff for conduct prohibited in paragraph 2 of User Conduct?

b. How many accounts were blocked by your staff for conduct prohibited in paragraph 2 of User Conduct?

c. How many accounts were disabled by your staff for conduct prohibited in paragraph 2 of User Conduct?

d. How many reports were made, using abuse@backpage.com, for conduct prohibited in paragraph 2 of User Conduct?

e. How many reports were made, using "Report this Ad" link, for conduct prohibited in paragraph 2 of User Conduct?

f. How many reports were made by your staff to the Cyber Tipline, in accordance with Title 18 U.S.C. 2258A, for conduct prohibited in paragraph 2 of User Conduct?

g. How many subpoenas, referencing a Cyber Tipline Report number, did your staff respond to for conduct prohibited in paragraph 2 of User Conduct?

h. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 2 of User Conduct?

i. How many times was Content removed from the Site for conduct prohibited in paragraph 2 of User Conduct?

j. How many users were permanently banned from posting ads or using the Site for conduct prohibited in paragraph 2 of User Conduct?

k. How many times has the Site removed, moved, refused, edited or deleted Content for conduct prohibited in paragraph 2 of User Conduct?

l. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 2 of User Conduct?

3. "Posting advertising or solicitation in categories that is not appropriate, or posting the same item or service in more than one category or more than once every 7 days, or posting the same ad in multiple cities on the Site." (paragraph 3 of User Conduct)

   a. How many accounts were terminated by your staff for conduct prohibited in paragraph 3 of User Conduct?
   b. How many accounts were blocked by your staff for conduct prohibited in paragraph 3 of User Conduct?
   c. How many accounts were disabled by your staff for conduct prohibited in paragraph 3 of User Conduct?
   d. How many reports were made, using abuse@backpage.com, for conduct prohibited in paragraph 3 of User Conduct?
   e. How many reports were made, using "Report this Ad" link, for conduct prohibited in paragraph 3 of User Conduct?
   f. How many reports were made by your staff to the Cyber Tipline, in accordance with Title 18 U.S.C. 2258A, for conduct prohibited in paragraph 3 of User Conduct?
   g. How many subpoenas, referencing a Cyber Tipline Report number, did your staff respond to for conduct prohibited in paragraph 3 of User Conduct?
   h. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 3 of User Conduct?
   i. How many times was Content removed from the Site for conduct prohibited in paragraph 3 of User Conduct?
   j. How many users were permanently banned from posting ads or using the Site for conduct prohibited in paragraph 3 of User Conduct?
   k. How many times has the Site removed, moved, refused, edited or deleted Content for conduct prohibited in paragraph 3 of User Conduct?
   l. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 3 of User Conduct?

4. "(a) Posting adult content or explicit adult material unless: (i) such material is specifically permitted in designated adult categories and permitted under applicable federal, state, and local law; and (ii) you are at least 18 years of age or older and not considered to be a minor in your state of residence;

   (b) Posting, anywhere on the Site, obscene or lewd and lascivious graphics or photographs which depict genitalia or actual or simulated sexual acts, as determined in the sole discretion of backpage.com;

   (c) Posting any solicitation directly or in "coded" fashion for any illegal service exchanging sexual favors for money or other valuable consideration;

   (d) Posting any material on the Site that exploits minors in any way;

(e) Posting any material on the Site that in any way constitutes or assists in human trafficking."
(paragraph 4 of User Conduct)

a. How many accounts were terminated by your staff for conduct prohibited in paragraph 4 of User Conduct?
b. How many accounts were blocked by your staff for conduct prohibited in paragraph 4 of User Conduct?
c. How many accounts were disabled by your staff for conduct prohibited in paragraph 4 of User Conduct?
d. How many reports were made, using abuse@backpage.com, for conduct prohibited in paragraph 4 of User Conduct?
e. How many reports were made, using "Report this Ad" link, for conduct prohibited in paragraph 4 of User Conduct?
f. How many reports were made by your staff to the Cyber Tipline, in accordance with Title 18 U.S.C. 2258A, for conduct prohibited in paragraph 4 of User Conduct?
g. How many subpoenas, referencing a Cyber Tipline Report number, did your staff respond to for conduct prohibited in paragraph 4 of User Conduct?
h. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 4 of User Conduct?
i. How many times was Content removed from the Site for conduct prohibited in paragraph 4 of User Conduct?
j. How many users were permanently banned from posting ads or using the Site for conduct prohibited in paragraph 4 of User Conduct?
k. How many times has the Site removed, moved, refused, edited or deleted Content for conduct prohibited in paragraph 4 of User Conduct?
l. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 4 of User Conduct?

5. "Posting any ad for products or services, use or sale of which is prohibited by any law or regulation." (paragraph 5 of User Conduct)

a. How many accounts were terminated by your staff for conduct prohibited in paragraph 5 of User Conduct?
b. How many accounts were blocked by your staff for conduct prohibited in paragraph 5 of User Conduct?
c. How many accounts were disabled by your staff for conduct prohibited in paragraph 5 of User Conduct?
d. How many reports were made, using abuse@backpage.com, for conduct prohibited in paragraph 5 of User Conduct?
e. How many reports were made, using "Report this Ad" link, for conduct prohibited in paragraph 5 of User Conduct?

f.  How many reports were made by your staff to the Cyber Tipline, in accordance with Title 18 U.S.C. 2258A, for conduct prohibited in paragraph 5 of User Conduct?

g.  How many subpoenas, referencing a Cyber Tipline Report number, did your staff respond to for conduct prohibited in paragraph 5 of User Conduct?

h.  How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 5 of User Conduct?

i.  How many times was Content removed from the Site for conduct prohibited in paragraph 5 of User Conduct?

j.  How many users were permanently banned from posting ads or using the Site for conduct prohibited in paragraph 5 of User Conduct?

k.  How many times has the Site removed, moved, refused, edited or deleted Content for conduct prohibited in paragraph 5 of User Conduct?

l.  How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 5 of User Conduct?

6.  "Using the Site to engage in or assist another individual or entity to engage in fraudulent, abusive, manipulative or illegal activity." (paragraph 16 of User Conduct)

a.  How many accounts were terminated by your staff for conduct prohibited in paragraph 16 of User Conduct?

b.  How many accounts were blocked by your staff for conduct prohibited in paragraph 16 of User Conduct?

c.  How many accounts were disabled by your staff for conduct prohibited in paragraph 16 of User Conduct?

d.  How many reports were made, using abuse@backpage.com, for conduct prohibited in paragraph 16 of User Conduct?

e.  How many reports were made, using "Report this Ad" link, for conduct prohibited in paragraph 16 of User Conduct?

f.  How many reports were made by your staff to the Cyber Tipline, in accordance with Title 18 U.S.C. 2258A, for conduct prohibited in paragraph 16 of User Conduct?

g.  How many subpoenas, referencing a Cyber Tipline Report number, did your staff respond to for conduct prohibited in paragraph 16 of User Conduct?

h.  How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 16 of User Conduct?

i.  How many times was Content removed from the Site for conduct prohibited in paragraph 16 of User Conduct?

j.  How many users were permanently banned from posting ads or using the Site for conduct prohibited in paragraph 16 of User Conduct?

k.  How many times has the Site removed, moved, refused, edited or deleted Content for conduct prohibited in paragraph 16 of User Conduct?

l. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 16 of User Conduct?

## POSTING RULES

The following questions relate to the Backpage.com, adult/escort, Posting Rules section:

1. "I will not post obscene or lewd and lascivious graphics or photographs which depict genitalia, actual or simulated sexual acts or naked images." (paragraph 1 of Posting Rules)

   a. How many accounts were terminated by your staff for conduct prohibited in paragraph 1 of Posting Rules?
   b. How many accounts were blocked by your staff for conduct prohibited in paragraph 1 of Posting Rules?
   c. How many accounts were disabled by your staff for conduct prohibited in paragraph 1 of Posting Rules?
   d. How many reports were made, using abuse@backpage.com, for conduct prohibited in paragraph 1 of Posting Rules?
   e. How many reports were made, using "Report this Ad" link, for conduct prohibited in paragraph 1 of Posting Rules?
   f. How many reports were made by your staff to the Cyber Tipline, in accordance with Title 18 U.S.C. 2258A, for conduct prohibited in paragraph 1 of Posting Rules?
   g. How many subpoenas, referencing a Cyber Tipline Report number, did your staff respond to for conduct prohibited in paragraph 1 of Posting Rules?
   h. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 1 of Posting Rules?
   i. How many times was Content removed from the Site for conduct prohibited in paragraph 1 of Posting Rules?
   j. How many users were permanently banned from posting ads or using the Site for conduct prohibited in paragraph 1 of Posting Rules?
   k. How many times has the Site removed Content for conduct prohibited in paragraph 1 of Posting Rules?
   l. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 1 of Posting Rules?

2. "I will not post any solicitation directly or in "coded" fashion for any illegal service, including exchanging sexual favors for money or other valuable consideration." (paragraph 2 of Posting Rules)

a. How many accounts were terminated by your staff for conduct prohibited in paragraph 2 of Posting Rules?

b. How many accounts were blocked by your staff for conduct prohibited in paragraph 2 of Posting Rules?

c. How many accounts were disabled by your staff for conduct prohibited in paragraph 2 of Posting Rules?

d. How many reports were made, using abuse@backpage.com, for conduct prohibited in paragraph 2 of Posting Rules?

e. How many reports were made, using "Report this Ad" link, for conduct prohibited in paragraph 2 of Posting Rules?

f. How many reports were made by your staff to the Cyber Tipline, in accordance with Title 18 U.S.C. 2258A, for conduct prohibited in paragraph 2 of Posting Rules?

g. How many subpoenas, referencing a Cyber Tipline Report number, did your staff respond to for conduct prohibited in paragraph 2 of Posting Rules?

h. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 2 of Posting Rules?

i. How many times was Content removed from the Site for conduct prohibited in paragraph 2 of Posting Rules?

j. How many users were permanently banned from posting ads or using the Site for conduct prohibited in paragraph 2 of Posting Rules?

k. How many times has the Site removed Content for conduct prohibited in paragraph 2 of Posting Rules?

l. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 2 of Posting Rules?

3. "I will not post any material on the Site that exploits minors in any way." (paragraph 3 of Posting Rules)

a. How many accounts were terminated by your staff for conduct prohibited in paragraph 3 of Posting Rules?

b. How many accounts were blocked by your staff for conduct prohibited in paragraph 3 of Posting Rules?

c. How many accounts were disabled by your staff for conduct prohibited in paragraph 3 of Posting Rules?

d. How many reports were made, using abuse@backpage.com, for conduct prohibited in paragraph 3 of Posting Rules?

e. How many reports were made, using "Report this Ad" link, for conduct prohibited in paragraph 3 of Posting Rules?

     f.   How many reports were made by your staff to the Cyber Tipline, in accordance with Title 18 U.S.C. 2258A, for conduct prohibited in paragraph 3 of Posting Rules?

     g.  How many subpoenas, referencing a Cyber Tipline Report number, did your staff respond to for conduct prohibited in paragraph 3 of Posting Rules?

     h.  How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 3 of Posting Rules?

     i.   How many times was Content removed from the Site for conduct prohibited in paragraph 3 of Posting Rules?

     j.   How many users were permanently banned from posting ads or using the Site for conduct prohibited in paragraph 3 of Posting Rules?

     k.  How many times has the Site removed Content for conduct prohibited in paragraph 3 of Posting Rules?

     l.   How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 3 of Posting Rules?

4. "I will not post any material on the Site that in any way constitutes or assists in human trafficking." (paragraph 4 of Posting Rules)

     a.  How many accounts were terminated by your staff for conduct prohibited in paragraph 4 of Posting Rules?

     b.  How many accounts were blocked by your staff for conduct prohibited in paragraph 4 of Posting Rules?

     c.  How many accounts were disabled by your staff for conduct prohibited in paragraph 4 of Posting Rules?

     d.  How many reports were made, using abuse@backpage.com, for conduct prohibited in paragraph 4 of Posting Rules?

     e.  How many reports were made, using "Report this Ad" link, for conduct prohibited in paragraph 4 of Posting Rules?

     f.   How many reports were made by your staff to the Cyber Tipline, in accordance with Title 18 U.S.C. 2258A, for conduct prohibited in paragraph 4 of Posting Rules?

     g.  How many subpoenas, referencing a Cyber Tipline Report number, did your staff respond to for conduct prohibited in paragraph 4 of Posting Rules?

     h.  How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 4 of Posting Rules?

     i.   How many times was Content removed from the Site for conduct prohibited in paragraph 3 of Posting Rules?

     j.   How many users were permanently banned from posting ads or using the Site for conduct prohibited in paragraph 4 of Posting Rules?

     k.  How many times has the Site removed Content for conduct prohibited in paragraph 4 of Posting Rules?

l.   How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 4 of Posting Rules?

5.   "I am at least 18 years of age or older and not considered to be a minor in my state of residence." (paragraph 5 of Posting Rules)

   a.  How many accounts were terminated by your staff for conduct prohibited in paragraph 5 of Posting Rules?
   b.  How many accounts were blocked by your staff for conduct prohibited in paragraph 5 of Posting Rules?
   c.  How many accounts were disabled by your staff for conduct prohibited in paragraph 5 of Posting Rules?
   d.  How many reports were made, using abuse@backpage.com, for conduct prohibited in paragraph 5 of Posting Rules?
   e.  How many reports were made, using "Report this Ad" link, for conduct prohibited in paragraph 5 of Posting Rules?
   f.   How many reports were made by your staff to the Cyber Tipline, in accordance with Title 18 U.S.C. 2258A, for conduct prohibited in paragraph 5 of Posting Rules?
   g.  How many subpoenas, referencing a Cyber Tipline Report number, did your staff respond to for conduct prohibited in paragraph 5 of Posting Rules?
   h.  How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 5 of Posting Rules?
   i.   How many times was Content removed from the Site for conduct prohibited in paragraph 5 of Posting Rules?
   j.   How many users were permanently banned from posting ads or using the Site for conduct prohibited in paragraph 5 of Posting Rules?
   k.  How many times has the Site removed Content for conduct prohibited in paragraph 5 of Posting Rules?
   l.   How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 5 of Posting Rules?

## DISCLAIMER

The following questions relate to the Backpage.com, adult/escort, Disclaimer section:

1.   "I agree to report any illegal services or activities which violate the Terms of Use." (Disclaimer#1)

   a.  How many reports has the Site received pursuant to Disclaimer #1?
   b.  How many reports has your staff made pursuant to Disclaimer #1?

2. "I also agree to report suspected exploitation of minors and/or human trafficking to the appropriate authorities." (Disclaimer #2)

   a. How many reports have been made pursuant to Disclaimer #2?

## PRIVACY POLICY

The following questions relate to the Backpage.com, adult/escort, Privacy Policy section:

### Disclosure in Special Circumstances

"We may disclose also your name, email address, or other information about you, including personal information, if (i) required to do so by law, court order or subpoena, or as requested by other government, law enforcement, or investigative authority, (ii) we in good faith believe that such disclosure is necessary or advisable, including without limitation to protect the rights or properties of the Site, (iii) we have reason to believe that disclosing your personal information is necessary to identify, contact or bring legal action against someone who may be causing interference with our rights or properties, or has breached an agreement, or if anyone else could be harmed by such activities or interference, (iv) if we determine an ad posted violates our Terms of Use or the rights of a third party, or (v) there is an emergency involving personal danger. We may also provide information about you if we believe it is necessary to share information in order to investigate, prevent or take action regarding illegal activities, suspected fraud, situations involving potential threats to the physical safety of any person, or as otherwise required or permitted by law." (Disclosure in Special Circumstances)

   a. How many times has the Site disclosed a user name, email address, or other information of the user, including personal information when required by law, court order or subpoena pursuant to Disclosure in Special Circumstances?
   b. How many times has the Site disclosed a user name, email address, or other information of the user, including personal information when requested by other government, law enforcement, or investigative authority pursuant to Disclosure in Special Circumstances?
   c. How many times has the Site disclosed a user name, email address, or other information of the user, including personal information when you in good faith believe that such disclosure is necessary or advisable, including without limitation to protect the rights or properties of the Site pursuant to Disclosure in Special Circumstances?
   d. How many times has the Site disclosed a user name, email address, or other information of the user, including personal information when you have reason to believe that disclosing your personal information is necessary to identify, contact or bring legal action against someone who may be causing interference with your rights or properties, or has breached an agreement, or if anyone else could be harmed by such activities or interference pursuant to Disclosure in Special Circumstances?

e. How many times has the Site disclosed a user name, email address, or other information of the user, including personal information when determine an ad posted violates our Terms of Use or the rights of a third party pursuant to Disclosure in Special Circumstances ?

f. How many times has the Site disclosed a user name, email address, or other information of the user, including personal information when there is an emergency involving personal danger pursuant to Disclosure in Special Circumstances?

g. How many times has the Site disclosed a user name, email address, or other information of the user, including personal information when you believed it is necessary to share information in order to investigate, prevent or take action regarding illegal activities, suspected fraud, and situations involving potential threats to the physical safety of any person pursuant to Disclosure in Special Circumstances?

h. How many times has the Site disclosed a user name, email address, or other information of the user, including personal information when you were otherwise required or permitted by law pursuant to Disclosure in Special Circumstances?

i. How many times did the Site disclose account information voluntarily to law enforcement?


### "LAW ENFORCEMENT FRIENDLY"

Describe how the Site is "law enforcement friendly".


## SITE MODIFICATION

The following requests are made for Site Modification in the adult/escort section:

1. Require an electronic or physical signature of the person posting an ad.
2. Require a Statement by User, made under penalty of perjury, to abide by Terms of Use.
3. Require a photo of User at the time ads are placed.
4. Respond to law enforcement Request for Information submitted on letterhead.
5. Require User to waive confidentiality and agree that information can be shared with law enforcement.
6. Require User to pay fees with major credit card.

# EXHIBIT  7

(http://www.chicagotribune.com)

# Online prostitution battle shifts from Craigslist to 'copycat' sites, police say

April 20, 2011



When Craigslist agreed to remove the "adult services" section from its online classifieds six months ago, it was a victory of sorts for authorities who claimed the popular website was a haven for sex workers, johns and even human traffickers.

But victory was fleeting. Within hours, similar ads were multiplying on copycat sites, and now prostitution arrests involving those new sites are on the rise. In the Chicago area, authorities have focused on Backpage.com as the new battleground, said a spokesman for Cook County Sheriff Tom Dart.

"Virtually the same day that Craigslist shut down its adult services section, our vice officers saw a nearly complete migration of adult services ads from Craigslist to Backpage," said Steve Patterson.

The site appears to have many similar features, including an "Adult" section with a link to "escorts," where dozens of ads appear to offer sexual experiences in Chicago and the suburbs.

Backpage.com said it has invested millions of dollars to add new screening tools and hire 120 employees to look for illegal ads.

"Our goal is to deter illegal conduct while maintaining a robust classified ad system," an official said.

— *Jason Meisner (http://bio.tribune.com/JasonMeisner)*

# EXHIBIT  8

CCSO 03160

## Stephanie Zugschwert (Sheriff)

| | |
|---|---|
| **From:** | Caroline Palmer <Caroline@mncasa.org> |
| **Sent:** | Monday, April 06, 2015 5:50 PM |
| **To:** | Stephanie Zugschwert (Sheriff) |
| **Cc:** | Rana S Alexander |
| **Subject:** | RE: Sex trafficking of minors |
| **Attachments:** | FacebookWritpetition.pdf; In re Facebook Inc Response to Writ.pdf |

Hi, I'm sorry for the delay in responding. This is all I have from the Facebook case in my files but I'm cc-ing Rana because she'll have the rest.
Hope all is well with you and sounds like you are doing some really interesting work!
Caroline

**From:** Stephanie Zugschwert (Sheriff) [mailto:Stephanie.Zugschwert@cookcountyil.gov]
**Sent:** Tuesday, March 17, 2015 11:10 AM
**To:** Caroline Palmer
**Subject:** Sex trafficking of minors

Hi Caroline -- I hope you are doing well. It has been 3 ½ years now since I left MAC and moved to Chicago. I was just recently hired by Cook County Sheriff Tom Dart as one of his Policy team to specifically work on sex trafficking issues, mainly trafficking of minors. This issue has been one of Sheriff Dart's top priorities for many years. He was heavily involved with getting Craigslist to discontinue its Adult Escort section of its online classified ads many years ago. Now, he has turned me towards trying to take down Backpage.com. Just a minor task☺

Anyway, I just spoke to Kelly Moller and she pointed me in your direction, for the amicus briefs you (and Rana) filed in the "Facebook" case. My issues are similar in that I am doing research on what is discoverable from Backpage.com in an action where Backpage is not the named party. There will also be jurisdiction/procedural issues because Backpage is an out of state party for us. Would you be willing to show/send me copies of all the briefs involved and the court's decision in that case, if you have them? Or, is there someplace I could look it all up? I would love to see both sides of the arguments and the court's reasoning, if possible. This would be tremendously helpful to me as communications law is brand new to me, although I have been learning as I move forward.

Also, As I am focusing on Backpage.com, do you know anyone in Minnesota that has taken a look at what can be done to them legally or otherwise to stop their free-flow of advertisements trafficking minors on their webpage? I am willing to talk to anybody on ideas!

Let me know at your convenience. Thank you!

Stephanie Zugschwert
Assistant General Counsel for Policy
Cook County Sheriff Tom Dart's Office
Office: 773-674-4466

PX03

APP213

# EXHIBIT  9

1

To:     Sheriff Tom Dart, Director Cara Smith, Joseph Ryan, Director of Policy
From:   Stephanie Zugschwert
Re:     Backpage and Financial Institutions
Date:   May 7, 2015

## Backpage.com:  Approach Major Financial Institutions

### A. Summary

The basic concept of this initiative would be for the Sheriff to approach Visa, MasterCard, American Express, and Discover to request these companies to block all customer transactions that use their brand-name credit cards to pay for the placement of sex-selling ads on Backpage and like Web sites, nationally and internationally.

We are seeking to use the "National Day of Johns," ending in early August, as a platform to launch this initiative. This initiative is highly dependent on our ability to show these financial institutions clear evidence that supports the arguments that ads placed with Backpage in the Adult Escort sections are: (1) actually being used as a front for adult and minor prostitution; 2) Backpage is frequented by johns seeking minors and by child sex traffickers; 3) that these companies have the legal ability, moral/reputational responsibility to do this and 4) they have already done this before in similar cases and should therefore do it in this case as well.

The National Day of Johns provides an ideal launching pad to exert national pressure on the financial institutions by garnering the backing of dozens of law enforcement agencies and the attention from media across the country. We need to show these financial institutions that Backpage is not only being used this way here in Cook County, but all over the nation.  The ultimate goal would be to present our initiative to our National Day of Johns partners and to have them sign on in support.  We would use the new 2015 National Day of Johns data to supplement our already prepared information packet for the media push.

We could prepare a letter outlining our initiative and send it to our partners prior to the start of the National Day of Johns asking them to eventually sign on and also to provide us with a bit of additional data. We would need to do this by late June. We can add questions to the questionnaire that our partners send back to us after the National Day of Johns that includes which website that they used to place decoy ads and what method of payment used to pay for the ad, specifying credit card type.  We could also ask them to have decoy ads placed that will give us a measure of the demand for minors.

The goal would be to ultimately present this information in a streamlined media digestible form, with our National Day of Johns partners signing on and to release it with the National Day of Johns media effort.

BP: Financial Institutions
Stephanie Zugschwert
May 7, 2015

CCSO 016112

2

We have a strong and legitimate argument to support an initiative. Recent trends in the financial industry as described below indicate not only willingness, but also self-serving concern of financial institutions over their own potential liability for allowing suspected illegal transactions to continue to take place. Some big name banks and other financial institutions have already taken actions in the area of human trafficking and closed down accounts of customers in "risky" industries like adult entertainment and escorts. Banks are highly concerned about their business reputations and that of their investors. They could lose millions if they are found or accused of making such enormous financial gain from what can be arguably "tainted" money.

Following is a description of the current context in which financial institutions are operating with regard to human trafficking issues and the other research in which this initiative could be supported.

## B. Legal/ Moral and Reputational Responsibility

### 1. Financial Institutions Have a Duty to File Suspicious Activity Reports

U.S. and European financial institutions already have a regulatory duty to report suspected illegal activity through the filing of "Suspicious Activity Reports (SARs)". The SARS forms that institutions currently use to report suspicious activities do list fraud, money laundering and terrorist activity. They do not contain a separate box for suspected human trafficking (HT), although 18 U.S.C. 1956 provides that the laundering of monetary instruments includes in its definition of "specified unlawful activities" in section (vii) "that trafficking in persons, selling or buying children, sexual exploitation of children or transporting or recruiting or harboring a person including a child, for commercial sex acts". (suspected HT is, in practice, included in the "other" box and explained in the narrative portion of the SAR form). Because the posting of prostitution ads on BP, those purchasing the girls from BP, is illegal and falls within the SAR filing category, banks that knowingly allow these transactions, are susceptible to money laundering prosecutions, reputational damage and/or hefty fines..

Updating these forms to include HT has been suggested, in particular by Joann Alicea, beginning in 2011 to the present. The forms have not yet changed. Ms. Alicia is a Certified Financial Crimes Investigator and an Anti-Money Laundering (AML)/human trafficking investigator. She actively travels and speaks on the topic of HT and the role of financial institutions. She currently works at JPMorgan Chase Bank, a leader in the financial industry's fight against HT. She specifically advocates investigating individual credit card and other financial transactions for multiple spending on ads placed in Craigslist/Backpage (BP), followed by hotel spending, or purchase of Greyhound bus transactions, for example. After an account has been flagged ten times for internet ad purchases, she closes the account down.

BP: Financial Institutions
Stephanie Zugschwert
May 7, 2015

3

## 2. Purchasing a BP Ad Violates Visa and MasterCard User Rules

Both Visa and MasterCard have rules that regulate their customer's use of their credit cards and bank accounts, as well as rules to their issuing banks. As we know (but would need to prove to Visa and MasterCard) purchasing an ad in BP under the Adult Escort or other related sections is very often prostitution and minor prostitution-related and these acts would clearly violate Visa and MasterCard's rules.

### MasterCard's rules:

Notwithstanding anything to the contrary set forth in a License, the Corporation, at its sole discretion, may terminate a Customer's Participation effective immediately and without prior notice, if:

9. The Customer (i) directly or indirectly engages in or facilitates any action or activity that is illegal, or that, in the good faith opinion of the Corporation, and whether or not addressed elsewhere in the Standards, has damaged or threatens to damage the goodwill or reputation of the Corporation or of any of its Marks; or (ii) makes or continues an association with a person or entity which association, in the good faith opinion of the Corporation, has damaged or threatens to damage the goodwill or reputation of the Corporation or of any of its Marks;

### Visa's rules:

1.3.3.1 Protecting the Visa Brand Reputation
No activities or materials may infringe, dilute, denigrate, or impair the goodwill and/or reputation of the Visa brand or Visa-Owned Marks.

### And in its Visa Acquirer Risk Program Standards Guide (to issuing bank):

Stipulate a clause in the Merchant Agreement that provides for the immediate Termination of a merchant by the member for any significant circumstances that creates harm or loss to the goodwill of the Visa system.
Members should invoke this clause when a merchant's practices and exception item activity are such that they create a substantial risk of loss and/or harm to the payment system, including illegal activity.

BP: Financial Institutions
Stephanie Zugschwert
May 7, 2015

4

## C. Financial Institutions Have Blocked Accounts in Similar Situations

### 1. Manhattan DA – Cyrus Vance and CEO of Thomson-Reuters Foundation
In April of 2013, at a round-table meeting in NYC, Manhattan DA Cyrus Vance asserted that banks and credit card companies should play a crucial role in shutting down human trafficking. This discussion occurred when Manhattan DA Cyrus Vance and the CEO of Thomson Reuters Foundation launched a new initiative; joined by JPMorgan Chase, Citigroup Inc., Bank of America Corp., Wells Fargo & Co., Toronto Dominion Bank, Barclays, Western Union, and American Express to fight HT. At this roundtable meeting, JPMorgan, a leader in this initiative, shared its model for monitoring transactions for HT and partnering with law enforcement.

In July of 2013, these banks, various NGO's and the Polaris Project met again, from which in January of 2014, they issued an "international white paper" offering guidance to financial institutions and law enforcement in identifying financial transactions that may be linked to HT. The paper offers investigative guidance and transaction traits that may indicate a higher risk for HT. This "white paper" has been widely distributed in the financial industry and internationally.

### 2. The Department of Justice's "Operation Choke Point"

Happening at the same time, beginning in late 2013, and really under the public's and media's radar, the Department of Justice (DOJ) created a plan to crack down on banks that allowed online scammers to access the payment system. The DOJ believed that banks were allowing payment processors to continue to maintain accounts, despite the presence of glaring red flags indicative of fraud. This plan has been called "Operation Choke Point (OCP)". Although originally interested primarily in online consumer lenders, it has been expanded to target more than 30 "high risk industries" such as firearms sales, online gambling, tobacco sales and escort services. The DOJ informed the banks that certain industries are more likely than others to be involved in unauthorized charges and consumer credit. They also informed the banks that they would be watching closely.

The DOJ issued an abundance of subpoenas to big and small banks to investigate suspect transactions. Eventually some banks settled with the DOJ, paying hefty fines. This has had a great effect on banks around the country. Around April of 2014, news articles started reporting that banks such as Chase Bank, JPMorgan even PayPal and online fundraiser platforms have started closing accounts of various adult entertainers, online sex toy sales, pornography activities, etc. The institutions cited "reputational risk" or "high risk" as various reasons for closing the accounts. Both Visa and MasterCard have blocked all donations to the WikiLeaks site, and have previously blocked all online gambling transactions. They have also cancelled merchant agreements for medical and recreational marijuana purchases and American Express

BP: Financial Institutions
Stephanie Zugschwert
May 7, 2015

5

and Discover do not allow it's cardholders to buy marijuana for either purpose. American Express does not allow its cardholders to purchase online pornography and this extends to its gift cards and prepaid cards.

OCP has become very controversial in Congress, although still not highly reported by the news media. After an uproar from Congress, the FDIC, under the direction of the DOJ, issued an official letter changing the OCP policy, stating instead that each transaction must be reviewed on a case-by-case basis instead of "red flagging" entire industries. Congress has demanded the FDIC to punish OCP operators. Also insisting that all government agencies "publically disclaim" their involvement in OCP. This appears to be all posturing on behalf of Congress.

Banks, however, are still weary of high risk industries. As recently as March 16, 2015, the U.S. Justice Department's criminal head said banks may need to go beyond filing SARs when they encounter a risky customer. She said" the vast majority of financial institutions file SARs when they suspect that an account is connected to nefarious activity. . . . But, in appropriate cases, we encourage those institutions to consider whether to take more action: specifically, to alert law enforcement authorities about the problem." Just recently, a bank in Florida closed a Gun/Pawn Shop account. Also, even though Online Gambling is now legal in some states, banks still regularly deny credit card payments for Online gambling transactions, even in legal states.

Recently, the Consumer Financial Protection Bureau (CFPB) filed a massive lawsuit against a dozen debt collectors, payment processors and related entities, alleging the failure to stop fraudulent collection tactics. Critics of OCP are arguing that CFPB has now picked up where OCP left off. In addition, recently a bank in NY was held civilly liable to victims of terrorism for the bank's handling of Hamas accounts. This is a very recent development in banking liability law, and a development that banks will be watching closely.

## F. Future of Suspect Online Payments

The Adult Entertainment industry has caught on to the trend that financial institutions are cancelling their accounts and are moving to digital currencies like Bitcoin. In a recent article, even Playboy evaluated the use of various digital currencies "... it makes sense that crypto currencies appeal to the people whose business is sex: they are independent of any central authority and can be transferred through a computer or smartphone without an intermediary financial institution.... In an industry... discriminatory to anyone with the word "sex" on their website, crypto currency seems like a much needed ray of hope". Goldman Sachs and Chinese Co. just invested $50 million in a Bit-Coin focused company, so I do think this is something that law enforcement will have to address in the future.

BP: Financial Institutions
Stephanie Zugschwert
May 7, 2015

CCSO 03157

**Stephanie Zugschwert (Sheriff)**

| | |
|---|---|
| From: | Stephanie Zugschwert <jszugs@gmail.com> |
| Sent: | Wednesday, June 24, 2015 1:01 PM |
| To: | Stephanie Zugschwert (Sheriff) |
| Subject: | Fwd: my proposal and letters for sheriff - not yet acted upon |

Sent from my iPhone

Begin forwarded message:

> **From:** Stephanie Zugschwert <jszugs@gmail.com>
> **Date:** June 21, 2015 at 9:06:58 AM CDT
> **To:** Steve Bergerson <srbergerson@gmail.com>
> **Subject: Fwd: my proposal and letters for sheriff - not yet acted upon**

Sent from my iPad

Begin forwarded message:

> **From:** Stephanie Zugschwert <jszugs@gmail.com>
> **Date:** June 20, 2015 at 7:38:40 PM CDT
> **To:** Lois Bergerson <lmbergerson@frontiernet.net>, Annelie Bergerson
> <annelie.bergerson@gmail.com>, Shawn Bergerson <sbergerson@wscm.net>,
> "Don, Stacy, Celia and Tegan Brown" <brown686@juno.com>, John Zugschwert
> <jzugschwert@harriscollect.com>
> **Subject: my proposal and letters for sheriff - not yet acted upon**

<BPFinancialInstitutions.docx>

<Visa%20Final.doc>

<MasterCard%20Final.doc>

<Financial%20Institutions%20Fact%20Sheet.docx>

This is the proposal for the sheriff I put together - I think we are having a press conf and release either on Thurs. next week or Tues. the following week.

Just FYI for context - Backpage.com runs an adult escort section online that is everywhere in the united states and 80 countries internationally. Craigslist had the adult escort section years ago and Sheriff Dart sued them and numerous other pressures were put on them and Craiglist's owners agreed to shut its site down for Adult Escorts. Backpage.com started posting these ads, basically prostitution ads, after Craigslist shut its down. Backpage.com was affiliated at that time with a Media Holding group with numerous newspapers and after its advertisers and

330

PX05

APP215

CCSO 03158

investors got into the controversy about Backpage.com and its promotion of prostitution, they split Backpage off and it has been its own company for years and does not care about the controversies about its Adult Escort section.

Law enforcement around the country continue to make arrests for minors that are being trafficked right off of Backpage.com.   Backpage.com has been sued on numerous occasions by minors - victims - that have been advertised on Backpage.com by their traffickers and because of a federal statute, the Communications Decency Act, each court has found that Backpage is immune from any civil suit or immune for prosecution or suit brought under any state law "that is inconsistent with" the Communications Decency Act. So Backpage.com's Adult Escort has flagrantly just become an open market for online prostitution and subsequently minor sex trafficking. The owners of Backpage are well aware of this fact but they have never been able to be held accountable because of the federal law. Even states have passed state statutes to criminalize the advertising of minors for sex trafficking specifically to try to shut Backpage.com's adult escort section down, but they have all been held unconstitutional. 51 State's Attorneys General have sent Backpage letters to shut down, Congress has tried, huge nonprofits and cahnge.org petitions signed by thousands of people, but to no avail. Google or other search engines will not cooperate because if they do, it erodes their immunity under the Communications Decency Act as well.

Sheriff Dart can't stand for the minors to be used in this way. So he hired me to specifically focus on this issue, think outside the box, and come up with a way to disrupt Backpage.com. Above is my proposal after much research and he has approved it and is excited about it. I am hoping it goes forward! Not to be dramatic but is still highly confidential. We are only going after Visa and masterCard because they are the only two credit cards on Backpage.com's Adult Escort site to be used as payment.

Stephanie Zugschwert
jszugs@gmail.com

CCSO 016111

APP216

# EXHIBIT  10

CCSO 03326

**From:** Benjamin Breit (Sheriff) [mailto:Benjamin.Breit@cookcountyil.gov]
**Sent:** Wednesday, May 13, 2015 11:37 AM
**To:** Polesovsky, Andrew (HSGAC)
**Cc:** Angehr, Mark (HSGAC); Cara Smith (Sheriff); Joseph Ryan1 (Sheriff); Stephanie Zugschwert (Sheriff)
**Subject:** RE: Backpage Request

Andy, thanks so much for reaching out. I'm copying members of our policy team who have been actively working on Backpage and sex trafficking issues. We would be happy to support your investigation. Let us know what days/times would work for you, we look forward to connecting.

Best,
Ben

---

**From:** Polesovsky, Andrew (HSGAC) [Andrew_Polesovsky@hsgac.senate.gov]
**Sent:** Wednesday, May 13, 2015 10:11 AM
**To:** Benjamin Breit (Sheriff)
**Cc:** Angehr, Mark (HSGAC)
**Subject:** Backpage Request

Ben,

My name is Andy Polesovsky and I'm counsel for the Senate Investigations Subcommittee. I received your contact information from Greg Tosi in Senator Kirk's office.

We've started an inquiry into human trafficking with an eye towards websites that help enable these crimes. Not unsurprisingly Backpage.com's inner workings are of great interest to us due to its market share, public posture re: compliance, and a host of other issues.

I know that Sherriff Dart has been on the forefront of this issue for many years, and even sued craigslist when it was still hosting an adult section.

Our team here would love to set up a call with the right folks in your office to discuss the next few steps of our investigation.

Please give me a call or shoot me an email at your convenience.

Thanks in advance and have a great day.

Andy

ANDREW POLESOVSKY
COUNSEL FOR PERMANENT SUBCOMMITTEE ON INVESTIGATIONS (PSI)
U.S. SENATE
(202) 224-8539

CCSO 09509

## Joseph Ryan1 (Sheriff)

| | |
|---|---|
| **From:** | Benjamin Breit (Sheriff) |
| **Sent:** | Wednesday, May 13, 2015 10:33 AM |
| **To:** | Cara Smith (Sheriff); Joseph Ryan1 (Sheriff) |
| **Subject:** | RE: Backpage Request |

Sounds good. Looks like this committee is chaired by Sen. Portman. Who happens to be the co-chair of the Senate caucus to combat human trafficking.

**From:** Cara Smith (Sheriff)
**Sent:** Wednesday, May 13, 2015 10:19 AM
**To:** Benjamin Breit (Sheriff); Joseph Ryan1 (Sheriff)
**Subject:** RE: Backpage Request

The three of us and Stephanie at this point.

Cara Smith
Executive Director
Cook County Department of Corrections
312-636-9230

**From:** Benjamin Breit (Sheriff)
**Sent:** Wednesday, May 13, 2015 10:18 AM
**To:** Cara Smith (Sheriff); Joseph Ryan1 (Sheriff)
**Subject:** Fwd: Backpage Request

Very interesting. Who do you want on this preliminary call?

Begin forwarded message:

> **From:** "Polesovsky, Andrew (HSGAC)" <Andrew_Polesovsky@hsgac.senate.gov>
> **Date:** May 13, 2015 at 10:11:04 AM CDT
> **To:** "'Benjamin.Breit@cookcountyil.gov'" <Benjamin.Breit@cookcountyil.gov>
> **Cc:** "Angehr, Mark (HSGAC)" <Mark_Angehr@hsgac.senate.gov>
> **Subject:** Backpage Request
>
> Ben,
>
> My name is Andy Polesovsky and I'm counsel for the Senate Investigations Subcommittee. I received your contact information from Greg Tosi in Senator Kirk's office.
>
> We've started an inquiry into human trafficking with an eye towards websites that help enable these crimes. Not unsurprisingly Backpage.com's inner workings are of great interest to us due to its market share, public posture re: compliance, and a host of other issues.
>
> I know that Sherriff Dart has been on the forefront of this issue for many years, and even sued craigslist when it was still hosting an adult section.
>
> Our team here would love to set up a call with the right folks in your office to discuss the next few steps of our investigation.

CCSO 09510

Please give me a call or shoot me an email at your convenience.

Thanks in advance and have a great day.

Andy

ANDREW POLESOVSKY
COUNSEL FOR PERMANENT SUBCOMMITTEE ON INVESTIGATIONS (PSI)
U.S. SENATE
(202) 224-8539

# EXHIBIT  11

## Joseph Ryan1 (Sheriff)

| | |
|---|---|
| **From:** | Polesovsky, Andrew (HSGAC) <Andrew_Polesovsky@hsgac.senate.gov> |
| **Sent:** | Wednesday, July 01, 2015 3:56 PM |
| **To:** | Benjamin Breit (Sheriff); Cara Smith (Sheriff) |
| **Cc:** | Joseph Ryan1 (Sheriff); Stephanie Zugschwert (Sheriff) |
| **Subject:** | RE: Backpage Request |

Perfect talk to you all then.

**From:** Benjamin Breit (Sheriff) [mailto:Benjamin.Breit@cookcountyil.gov]
**Sent:** Wednesday, July 01, 2015 4:55 PM
**To:** Polesovsky, Andrew (HSGAC); Cara Smith (Sheriff)
**Cc:** Joseph Ryan1 (Sheriff); Stephanie Zugschwert (Sheriff)
**Subject:** Re: Backpage Request

10am is good. We can use the same dial-in as before.

866-434-5269; Access Code: 7150401

**From:** Polesovsky, Andrew (HSGAC) <Andrew_Polesovsky@hsgac.senate.gov>
**Sent:** Wednesday, July 1, 2015 3:41 PM
**To:** Cara Smith (Sheriff)
**Cc:** Benjamin Breit (Sheriff); Joseph Ryan1 (Sheriff); Stephanie Zugschwert (Sheriff)
**Subject:** RE: Backpage Request

We'd love to shoot for tomorrow morning.  10am CT / 11am ET early enough?

But if it's a hassle on your end, honestly, next week will work as well.

**From:** Cara Smith (Sheriff) [mailto:Cara.Smith@cookcountyil.gov]
**Sent:** Wednesday, July 01, 2015 4:19 PM
**To:** Polesovsky, Andrew (HSGAC)
**Cc:** Benjamin Breit (Sheriff); Joseph Ryan1 (Sheriff); Stephanie Zugschwert (Sheriff)
**Subject:** Re: Backpage Request

Tomorrow morning would work. Otherwise happy to wait until after the 4th. Cara

Cara Smith
Cook County Sheriff's Office
312-636-9230

On Jul 1, 2015, at 3:17 PM, Polesovsky, Andrew (HSGAC) <Andrew_Polesovsky@hsgac.senate.gov> wrote:
Amazing stuff. We're free all day tomorrow, or any day next week. Let us know your availability and thanks again.

**From:** Benjamin Breit (Sheriff) [mailto:Benjamin.Breit@cookcountyil.gov]
**Sent:** Wednesday, July 01, 2015 4:14 PM
**To:** Polesovsky, Andrew (HSGAC)
**Cc:** Joseph Ryan1 (Sheriff); Cara Smith (Sheriff); Stephanie Zugschwert (Sheriff)
**Subject:** Re: Backpage Request

Hi Andy,

Thanks for the note. It's been a crazy 48 hours out here! We did not expect success this quickly, but of course we're thrilled with how it panned out.

We'd be happy to jump on another call to brief you on the developments out here. And of course we'd love to hear about how your investigation is going and any way we can support it. Perhaps the week after the holiday? Or were you looking to chat today?

Cheers,
Ben

**From:** Polesovsky, Andrew (HSGAC) <Andrew_Polesovsky@hsgac.senate.gov>
**Sent:** Wednesday, July 1, 2015 3:10 PM
**To:** Benjamin Breit (Sheriff)
**Subject:** RE: Backpage Request

Ben,

I just came across the VISA and MasterCard articles. What a development!

If possible, we'd love to try to set up a quick call here at the subcommittee to get the story about how it all went down. Our investigation is rapidly progressing on a parallel track.

Thanks again in advance for your time,

Andy

ANDREW POLESOVSKY
COUNSEL FOR PERMANENT SUBCOMMITTEE ON INVESTIGATIONS (PSI)
U.S. SENATE
(202) 224-8539

**From:** Benjamin Breit (Sheriff) [mailto:Benjamin.Breit@cookcountyil.gov]
**Sent:** Thursday, May 14, 2015 10:00 AM
**To:** Polesovsky, Andrew (HSGAC)
**Cc:** Angehr, Mark (HSGAC); Cara Smith (Sheriff); Joseph Ryan1 (Sheriff); Stephanie Zugschwert (Sheriff)
**Subject:** RE: Backpage Request

Sounds good, we can use 866-434-5269; Access Code: 7150401

**From:** Polesovsky, Andrew (HSGAC) [Andrew_Polesovsky@hsgac.senate.gov]
**Sent:** Thursday, May 14, 2015 8:48 AM
**To:** Benjamin Breit (Sheriff)
**Cc:** Angehr, Mark (HSGAC); Cara Smith (Sheriff); Joseph Ryan1 (Sheriff); Stephanie Zugschwert (Sheriff)
**Subject:** RE: Backpage Request
Our conference call system is on the fritz this week, might be safer for us to use yours. Thanks again and looking forward to it.

**From:** Benjamin Breit (Sheriff) [mailto:Benjamin.Breit@cookcountyil.gov]
**Sent:** Thursday, May 14, 2015 9:45 AM

CCSO00943

**To:** Polesovsky, Andrew (HSGAC)
**Cc:** Angehr, Mark (HSGAC); Cara Smith (Sheriff); Joseph Ryan1 (Sheriff); Stephanie Zugschwert (Sheriff)
**Subject:** RE: Backpage Request

Yes it will. Our team will be in separate locations, do you have a preferred dial-in? If not, I'm happy to provide one. Looking forward to it!

---

**From:** Polesovsky, Andrew (HSGAC) [Andrew_Polesovsky@hsgac.senate.gov]
**Sent:** Thursday, May 14, 2015 8:39 AM
**To:** Benjamin Breit (Sheriff)
**Cc:** Angehr, Mark (HSGAC); Cara Smith (Sheriff); Joseph Ryan1 (Sheriff); Stephanie Zugschwert (Sheriff)
**Subject:** RE: Backpage Request
Will 11am ET work?  Thanks!

---

**From:** Benjamin Breit (Sheriff) [mailto:Benjamin.Breit@cookcountyil.gov]
**Sent:** Wednesday, May 13, 2015 7:41 PM
**To:** Polesovsky, Andrew (HSGAC)
**Cc:** Angehr, Mark (HSGAC); Cara Smith (Sheriff); Joseph Ryan1 (Sheriff); Stephanie Zugschwert (Sheriff)
**Subject:** Re: Backpage Request

Our chief of policy is on a flight at that time. Any chance Friday morning works? We're wide open then.

On May 13, 2015, at 10:51 AM, Polesovsky, Andrew (HSGAC) <Andrew_Polesovsky@hsgac.senate.gov> wrote:

> Ben
>
> Thanks. This is great.  Would tomorrow after 3pm ET work?  If not, we're free Friday morning/afternoon.
>
> Andy

> **From:** Benjamin Breit (Sheriff) [mailto:Benjamin.Breit@cookcountyil.gov]
> **Sent:** Wednesday, May 13, 2015 11:37 AM
> **To:** Polesovsky, Andrew (HSGAC)
> **Cc:** Angehr, Mark (HSGAC); Cara Smith (Sheriff); Joseph Ryan1 (Sheriff); Stephanie Zugschwert (Sheriff)
> **Subject:** RE: Backpage Request
>
> Andy, thanks so much for reaching out. I'm copying members of our policy team who have been actively working on Backpage and sex trafficking issues. We would be happy to support your investigation. Let us know what days/times would work for you, we look forward to connecting.
>
> Best,
> Ben

> **From:** Polesovsky, Andrew (HSGAC) [Andrew_Polesovsky@hsgac.senate.gov]
> **Sent:** Wednesday, May 13, 2015 10:11 AM
> **To:** Benjamin Breit (Sheriff)
> **Cc:** Angehr, Mark (HSGAC)
> **Subject:** Backpage Request
>
> Ben,
>
> My name is Andy Polesovsky and I'm counsel for the Senate Investigations Subcommittee.  I received your contact information from Greg Tosi in Senator Kirk's office.

We've started an inquiry into human trafficking with an eye towards websites that help enable these crimes.  Not unsurprisingly Backpage.com's inner workings are of great interest to us due to its market share, public posture re: compliance, and a host of other issues.

I know that Sherriff Dart has been on the forefront of this issue for many years, and even sued craigslist when it was still hosting an adult section.

Our team here would love to set up a call with the right folks in your office to discuss the next few steps of our investigation.

Please give me a call or shoot me an email at your convenience.

Thanks in advance and have a great day.

Andy

ANDREW POLESOVSKY
COUNSEL FOR PERMANENT SUBCOMMITTEE ON INVESTIGATIONS (PSI)
U.S. SENATE
(202) 224-8539

CCSO00945

# EXHIBIT  12

**Joseph Ryan1 (Sheriff)**

| | |
|---|---|
| **From:** | Stephanie Zugschwert (Sheriff) |
| **Sent:** | Monday, July 06, 2015 5:04 PM |
| **To:** | mark_Angehr@hsgac.senate.gov; Andrew_Polesovsky@hsgac.senate.gov |
| **Cc:** | Joseph Ryan1 (Sheriff); Benjamin Breit (Sheriff) |
| **Subject:** | RE: Backpage - U.S. Permanent Subcommittee on Investigations |

Hi Mark – Although I did not draft the document, my understanding is that this section was to ask Backpage to make these specific modifications to their site. The "Respond to law enforcement Request for Information submitted on letterhead." was more of a general request so that if in the future law enforcement had more specific requests for additional information about Backpage's site or a particular ad placed, that Backpage would respond to such requests. There were no specific criminal investigations involved.

Normally, for a case under investigation, our law enforcement get a subpoena and send it to Backpage for information regarding a specific ad that was placed, like who placed it, what credit card info was given, etc. just basic information and Backpage complies with these subpoenas.

Does this answer your question?

Let me know.  Thank you.

Stephanie Zugschwert
Assistant General Counsel for Policy
Cook County Sheriff Tom Dart's Office
3026 S. California Street, Chicago, IL 60608
Office:  773-674-4466

---

**From:** Angehr, Mark (HSGAC) [mailto:Mark_Angehr@hsgac.senate.gov]
**Sent:** Monday, July 06, 2015 3:49 PM
**To:** Benjamin Breit (Sheriff)
**Cc:** Polesovsky, Andrew (HSGAC)
**Subject:** RE: Backpage - U.S. Permanent Subcomittee on Investigations

Ben, I had a follow-up question regarding the "Site Modification" section of your document request—in particular, the item about responding to Requests for Information submitted on letterhead.

Does or did Backpage not respond to such requests? To clarify, were those letters about specific criminal investigations, or did they seek to elicit more general information about the operation of the site? Without that context, I don't fully understand that item. Thanks.

Mark

---

**From:** Benjamin Breit (Sheriff) [mailto:Benjamin.Breit@cookcountyil.gov]
**Sent:** Monday, July 06, 2015 3:08 PM
**To:** Angehr, Mark (HSGAC)
**Cc:** Polesovsky, Andrew (HSGAC)
**Subject:** RE: Backpage - U.S. Permanent Subcomittee on Investigations

CCSO00891

Hi Mark,

Attached are the letters we sent to Visa, MC and AmEx as well as the questions we asked of Backpage in early 2014. And below is a link to our final press release.

http://cookcountysheriff.org/press_page/press_BackPage_07_01_2015.html

---

**From:** Angehr, Mark (HSGAC) [mailto:Mark_Angehr@hsgac.senate.gov]
**Sent:** Monday, July 06, 2015 1:50 PM
**To:** Benjamin Breit (Sheriff)
**Cc:** Polesovsky, Andrew (HSGAC)
**Subject:** Backpage - U.S. Permanent Subcomittee on Investigations

Ben,
Thanks again for the call last Thursday regarding Backpage and credit card companies. Your office had mentioned sending over some document requests for Backpage. Before we move forward, I wanted to see whether you still intended to send that information over. Thanks very much.

Mark

Mark Angehr
Senior Counsel
Permanent Subcommittee on Investigations
United States Senate
202.224.9877

# EXHIBIT  13

CCSO 03379

## Stephanie Zugschwert (Sheriff)

| | |
|---|---|
| **From:** | Angehr, Mark (HSGAC) <Mark_Angehr@hsgac.senate.gov> |
| **Sent:** | Wednesday, July 08, 2015 2:54 PM |
| **To:** | Stephanie Zugschwert (Sheriff); Polesovsky, Andrew (HSGAC) |
| **Subject:** | RE: Backpage - U.S. Permanent Subcomittee on Investigations |

Thank you for these clarifications, Stephanie—I see what you intended to do in your doc request, and also the meaning of the "respond to law enforcement request" item.  Thanks again for sending over the letters, as well.  We found them to be helpful, although you are correct, the focus of our inquiry is a bit broader.  Thank  you!

Mark

**From:** Stephanie Zugschwert (Sheriff) [mailto:Stephanie.Zugschwert@cookcountyil.gov]
**Sent:** Tuesday, July 07, 2015 11:33 AM
**To:** Angehr, Mark (HSGAC); Polesovsky, Andrew (HSGAC)
**Subject:** FW: Backpage - U.S. Permanent Subcomittee on Investigations

Good morning – just as an aside – As I read through the "Request for Information" document last week after we spoke on the phone, my thoughts were that it might not be entirely helpful to you.  It depends on the goal of your requests, like if you are trying to determine *mens rea*.

Our goal, as I understand it, at the time it was written was to try to have Backpage substantiate it's continuous statements that it "helps law enforcement".  The Site modification requests were things that we had been asking Backpage to do over a period of time, we had a few meetings, email correspondence w/McDougall, etc. where they said they would look into making these changes, see what technology they have available,  but never did make the changes.  Based on email trails, it appears that McDougall would just not respond to us for long periods of time.  The final document you have now, McDougall indicated to our office that they would not respond because Tom Dart had been publicly criticizing Backpage again.

Just a bit more context.  Email if you have any questions.

Stephanie Zugschwert
Assistant General Counsel for Policy
Cook County Sheriff Tom Dart's Office
3026 S. California Street, Chicago, IL 60608
Office:  773-674-4466

**From:** Stephanie Zugschwert (Sheriff)
**Sent:** Monday, July 06, 2015 5:03 PM
**To:** 'mark_Angehr@hsgac.senate.gov'; 'Andrew_Polesovsky@hsgac.senate.gov'
**Cc:** Joseph Ryan1 (Sheriff); Benjamin Breit (Sheriff) (benjamin.breit@cookcountyil.gov)
**Subject:** RE: Backpage - U.S. Permanent Subcomittee on Investigations

Hi Mark – Although I did not draft the document, my understanding is that this section was to ask Backpage to make these specific modifications to their site.  The "Respond to law enforcement Request for Information submitted on letterhead." was more of a general request so that if in the future law enforcement had more

CCSO 03380

specific requests for additional information about Backpage's site or a particular ad placed, that Backpage would respond to such requests. There were no specific criminal investigations involved.

Normally, for a case under investigation, our law enforcement get a subpoena and send it to Backpage for information regarding a specific ad that was placed, like who placed it, what credit card info was given, etc. just basic information and Backpage complies with these subpoenas.

Does this answer your question?

Let me know. Thank you,

Stephanie Zugschwert
Assistant General Counsel for Policy
Cook County Sheriff Tom Dart's Office
3026 S. California Street, Chicago, IL 60608
Office: 773-674-4466

---

**From:** Angehr, Mark (HSGAC) [mailto:Mark_Angehr@hsgac.senate.gov]
**Sent:** Monday, July 06, 2015 3:49 PM
**To:** Benjamin Breit (Sheriff)
**Cc:** Polesovsky, Andrew (HSGAC)
**Subject:** RE: Backpage - U.S. Permanent Subcomittee on Investigations

Ben, I had a follow-up question regarding the "Site Modification" section of your document request—in particular, the item about responding to Requests for Information submitted on letterhead.

Does or did Backpage not respond to such requests? To clarify, were those letters about specific criminal investigations, or did they seek to elicit more general information about the operation of the site? Without that context, I don't fully understand that item. Thanks.

Mark

---

**From:** Benjamin Breit (Sheriff) [mailto:Benjamin.Breit@cookcountyil.gov]
**Sent:** Monday, July 06, 2015 3:08 PM
**To:** Angehr, Mark (HSGAC)
**Cc:** Polesovsky, Andrew (HSGAC)
**Subject:** RE: Backpage - U.S. Permanent Subcomittee on Investigations

Hi Mark,

Attached are the letters we sent to Visa, MC and AmEx as well as the questions we asked of Backpage in early 2014. And below is a link to our final press release.

http://cookcountysheriff.org/press_page/press_BackPage_07_01_2015.html

---

**From:** Angehr, Mark (HSGAC) [mailto:Mark_Angehr@hsgac.senate.gov]
**Sent:** Monday, July 06, 2015 1:50 PM
**To:** Benjamin Breit (Sheriff)

375

CCSO 03381

**Cc:** Polesovsky, Andrew (HSGAC)
**Subject:** Backpage - U.S. Permanent Subcomittee on Investigations

Ben,
Thanks again for the call last Thursday regarding Backpage and credit card companies.  Your office had mentioned sending over some document requests for Backpage.  Before we move forward, I wanted to see whether you still intended to send that information over.  Thanks very much.

Mark

Mark Angehr
Senior Counsel
Permanent Subcommittee on Investigations
United States Senate
202.224.9877