MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION
TO APPLICATION OF SENATE PERMANENT SUBCOMMITTEE
ON INVESTIGATIONS TO ENFORCE SUBPOENA DUCES TECUM

# Exhibit I

# Congress of the United States
## Washington, DC 20515

January 28, 2015

The Honorable Eric H. Holder, Jr.
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Dear Attorney General Holder:

Sex trafficking is the modern equivalent of slavery. The websites that serve as forums for the buying and selling of children are modern slave auctions.

Sex traffickers act anonymously through websites purposely designed to hide the traffickers' activities and enable traffickers to annually exploit at least 100,000 American children. Among these victims approximately 80% are women and children who are bought, sold, and imprisoned in the traffickers' underground sex service industry.

The undersigned Members of the United States Congress believe that the on-line selling of sex with children is a national horror that must be confronted. We encourage your U.S. Department of Justice (DOJ) to immediately take all necessary steps to aggressively investigate and dismantle the nation's most active sex trafficking website, Backpage.com (Backpage), and its longtime owners Michael Lacey and Jim Larkin. Further, DOJ should investigate the circumstances surrounding Lacey's and Larkin's recent sale of Backpage to an undisclosed Dutch company. In pursuing Backpage, Lacey, and Larkin DOJ should fully employ all its resources, including the FBI's field offices, the IRS Criminal Investigation department, the DOJ Criminal Division's Child Exploitation and Obscenity Section, the Criminal Division's Office of International Affairs, and local law enforcement departments. You should task your top-tier investigators and prosecutors to this matter.

Backpage, Lacey, and Larkin function in much the same manner as MyRedBook.com (MyRedBook). In June 2014 the FBI raided, seized, and shut down the California based sex trafficking website, MyRedBook, and charged its owner, Eric "Red" Omuro, with one count of interstate travel in the aid of a racketeering enterprise and twenty-four counts of money laundering. On December 11, 2014, DOJ secured its first federal conviction of a website operator for facilitation of prostitution when Omuro pleaded guilty to using the MyRedBook website to facilitate prostitution.

In his plea agreement Omuro admits how he used MyRedBook to facilitate prostitution. In all substantive ways Omuro's factual admissions about his use of MyRedbook apply equally and are parallel to how Lacey and Larkin use Backpage to facilitate prostitution.

PRINTED ON RECYCLED PAPER

Therefore, because of these similarities DOJ, should pursue Backpage, Lacey, and Larkin as aggressively as it pursued MyRedBook and Omuro.

Because of the numerous news reports on how the owners of Backpage facilitate sex trafficking, the website's illegal methods should be well know to DOJ. Like Omuro, Lacey and Larkin have designed Backpage to facilitate and broker illegal commercial sex transactions through anonymous, on-line advertisements, including advertisements involving child sex trafficking victims. Cook County, IL Sheriff, Tom Dart, has conducted nearly 700 sting operations on advertisements appearing in Backpage's "Escorts" section and every advertisement (100%) proved to be a front for prostitution. In short, Backpage is at the center of thinly disguised prostitution network. Its victims – often children – are repeatedly purchased and raped by customers.

In the near future, we anticipate hearing from DOJ about your plan for investigating and pursuing Backpage, Lacey, and Larkin.

Thank you.

Regards,

*[Signature: Elmer Kim]*

*[Signature: Tom Cotton]*

*[Signature: Richard Shelby]*

*[Signature: Ann Wagner]*

*[Signature: Diane Black]*

*[Signature: Thad Cochran]*

*[Signature: Martha Blackburn]*

**Congress of the United States**
Washington, DC 20515

August 7, 2015

The Honorable Loretta Lynch
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Dear Attorney General Lynch:

President Obama has stated that sex trafficking is the modern equivalent of slavery. The websites that serve as forums for the buying, selling, and the sexual exploitation of children are essentially functioning as modern slave auctions. We ask your U.S. Department of Justice (DOJ) to immediately take necessary steps to investigate the nation's most active sex trafficking website, Backpage.com (Backpage), where an estimated 70% of the sex trafficking transactions are arranged, as well as Backpage's longtime owners Michael Lacey and Jim Larkin.

Sex traffickers act anonymously through websites purposely designed to hide the traffickers' activities and enable traffickers to annually exploit at least 100,000 American children. Among these victims approximately 80% are women and children who are bought, sold, and imprisoned in the traffickers' underground sex service industry. The on-line selling of sex with children is a national horror that must be confronted. In pursuing Backpage, Lacey, and Larkin, we hope DOJ will coordinate and utilize its full resources, including the FBI's field offices, the IRS Criminal Investigation Division, the DOJ Criminal Division's Child Exploitation and Obscenity Section, the Criminal Division's Office of International Affairs, and local law enforcement departments. Further, DOJ should investigate the circumstances surrounding Lacey's and Larkin's recent sale of Backpage to an undisclosed Dutch company.

As you undoubtedly are aware, Backpage, Lacey, and Larkin function in much the same manner as MyRedBook.com (MyRedBook). During June 2014 the FBI raided, seized, and shut down the California based sex trafficking website, MyRedBook, and charged its owner, Eric "Red" Omuro, with one count of interstate travel in the aid of a racketeering enterprise and twenty-four counts of money laundering. On December 11, 2014, DOJ secured its first federal conviction of a website operator for facilitation of prostitution when Omuro pleaded guilty to using the MyRedBook website to facilitate prostitution.

In his plea agreement Omuro admits how he used MyRedBook to facilitate prostitution. In all substantive ways Omuro's factual admissions about his use of MyRedbook apply equally and are parallel to how Lacey and Larkin use Backpage to facilitate prostitution. Therefore, because of these similarities, DOJ should pursue Backpage, Lacey, and Larkin as aggressively as it pursued MyRedBook and Omuro. Like Omuro, Lacey and Larkin have designed Backpage to facilitate and broker illegal commercial sex transactions through anonymous, on-line advertisements, including advertisements involving child sex trafficking victims. In short, Backpage is at the center of a thinly disguised prostitution network. Because of these similarities between MyRedBook and Backpage, we urge DOJ to pursue Backpage, Lacey, and Larkin in the same aggressive manner.

We look forward to your response on the actions DOJ is taking to investigate and pursue Backpage, Lacey, and Larkin to rid the U.S. of this modern day slavery.

Sincerely

_Lann Kim_      _Richard Shelby_

_Tom Cotton_      _Jim Wagu_

_Diane Black_      _Marsha Blackburn_

_Thad Cochran_

2

MARK KIRK
ILLINOIS

United States Senate
WASHINGTON, DC 20510

COMMITTEES:
APPROPRIATIONS
BANKING, HOUSING & URBAN AFFAIRS
HEALTH, EDUCATION, LABOR & PENSIONS
AGING

October 26, 2015

The Honorable Loretta Lynch
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Dear Attorney General Lynch:

Again, I write to you about the unending reports of child sex traffickers using *Backpage.com* (*Backpage*) as their primary website for advertising and selling children for sex. Backpage should follow the lead of Craigslist and voluntarily shut down the adult services section of its website.  Otherwise, Backpage deserves a full federal investigation for enabling child prostitution in Chicago and throughout the United States. The U.S. Department of Justice (DOJ) can no longer ignore the role Backpage plays in facilitating child prostitution.

Last week, yet another Chicago area man was arrested for sex trafficking a 15-year-old girl.  This 41-year-old sex trafficker was charged with involuntary sexual servitude and profiting from "dates" he arranged on *Backpage* at which the girl would perform sex acts for money.   This is common occurrence on *Backpage*, which is the nation's most active sex trafficking website and where an estimated 70% of the sex trafficking transactions are arranged.

The time has come for your DOJ to take action against *Backpage* and take seriously President Obama's statements that sex trafficking is the modern equivalent of slavery.  Websites, like *Backpage*, function as nothing other than high-tech slave auctions where the children are advertised and placed on auction.  The criminality of these websites permit is patently obvious for all fair-minded people.  To think otherwise is a delusion.

The sex traffickers are not arranging innocent dates between consenting adults.  In fact, just the contrary is occurring.  In Illinois, Cook County Sheriff, Tom Dart, has conducted over 700 stings on Backpage.  Without exception, all of Dart's stings (100%) reveal that Backpage's adult advertisements are simply fronts for prostitution.  These are facts well known to Backpage's operators and owners, nevertheless they deny their role in facilitating child sex trafficking.

I ask your DOJ to immediately take all necessary steps to investigate *Backpage*.  In addition, DOJ should investigate *Backpage's* longtime owners Michael Lacey and Jim

CHICAGO OFFICE
230 SOUTH DEARBORN ST.
SUITE 3900
CHICAGO, IL 60604
312-886-3506

SPRINGFIELD OFFICE
607 EAST ADAMS ST.
SUITE 1520
SPRINGFIELD, IL 62701
217-492-5089

www.kirk.senate.gov

WASHINGTON OFFICE
524 HART BUILDING
WASHINGTON, DC 20510
202-224-2854

Larkin and the circumstances surrounding Lacey's and Larkin's recent sale of *Backpage* to an undisclosed Dutch company.

In pursuing *Backpage*, Lacey, and Larkin, DOJ should bring to bear its full resources, including the FBI's field offices, the IRS Criminal Investigation Division, the DOJ Criminal Division's Child Exploitation and Obscenity Section, the Criminal Division's Office of International Affairs, and local law enforcement departments. DOJ should model the pursuit of *Backpage*, Lacey, and Larkin on DOJ's actions against *MyRedBook.com* (*MyRedBook*), a California based sex trafficking website that DOJ raided, seized, and shut down in June 2014. As you know, DOJ secured its first federal conviction of a website operator for facilitation of prostitution when Eric "Red" Omuro pleaded guilty to using his *MyRedBook* website to facilitate prostitution.

In every material way Omuro's factual admissions about his use of *MyRedbook* apply equally to how Lacey and Larkin have used *Backpage* to facilitate prostitution. Lacy and Larkin designed *Backpage* to facilitate and broker illegal commercial sex transactions through anonymous, on-line advertisements, including advertisements involving child sex trafficking victims. The criminality is clear.

In summary, *Backpage* is nothing more than thinly disguised, child-sex brothel. I urge DOJ to pursue *Backpage*, Lacey, and Larkin in an aggressive manner and end the child sex trafficking scourge.

I look forward to your response on the actions DOJ is taking to investigate and pursue *Backpage*, Lacey, and Larkin.

Sincerely,

Mark Kirk
United States Senator

MARK KIRK
ILLINOIS

United States Senate
WASHINGTON, DC 20510

COMMITTEES:
APPROPRIATIONS
BANKING, HOUSING & URBAN AFFAIRS
HEALTH, EDUCATION, LABOR & PENSIONS
AGING

The Honorable Loretta Lynch
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

The Honorable James B. Comey, Jr.
Director Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, DC 20530

The Honorable Sally Yates
Deputy Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Dear Attorney General Lynch, Deputy Attorney General Yates, and FBI Director Comey:

During August of this year and again in October Senator Mark Kirk of Illinois wrote to your office about the problem of sex trafficking on the Internet. In his letters Sen. Kirk stated that the website, Backpage.com (Backpage), facilitates and brokers illegal commercial sex transactions through anonymous, on-line advertisements, including advertisements involving child sex trafficking victims and that Backpage is at the center of a thinly disguised prostitution network. Additionally, in his letters Sen. Kirk called for the Department of Justice (DOJ) to pursue Backpage and its long time owners, Michael Lacey, and Jim Larkin, in the same aggressive manner that DOJ pursued the sex trafficking website MyRedBook.com, and its owner Eric "Red" Omuro.

The undersigned Illinois police commissioners and law enforcement officers fully endorse and support Sen. Kirk's position. Backpage is the leading sex trafficking website and DOJ should pursue Backpage in the same manner that DOJ pursued MyRedBook.com.

The officers in our police departments see the results of sex trafficking, the damaged families and the traumatized children who were advertised for commercial sex on Internet websites - Backpage most prominently. On behalf of the sex trafficking victims, the undersigned law enforcement professionals call on DOJ to fully enforce the criminal statutes designed to combat sex trafficking, including Sen. Kirk's Stop Advertising

Victims of Exploitation Act (SAVE Act) and Justice for Victims of Trafficking Act, which President Obama signed into law in May of this year. We note that the SAVE Act

CHICAGO OFFICE
230 SOUTH DEARBORN ST.
SUITE 3900
CHICAGO, IL 60604
312-886-3506

SPRINGFIELD OFFICE
607 EAST ADAMS ST.
SUITE 1520
SPRINGFIELD, IL 62701
217-492-5089

WASHINGTON OFFICE
524 HART BUILDING
WASHINGTON, DC 20510
202-224-2854

www.kirk.senate.gov

was adopted by a vote of 97-2 in the Senate and makes it a federal felony under 18 U.S.C. § 1591 to advertise a minor for commercial sex acts, knowing that the victim is a minor.

We agree with Sen. Kirk that sex trafficking networks are criminal enterprises and that there should be no under estimating the traffickers' ruthlessness. The traffickers are not arranging dates between consenting adults. To the contrary, the traffickers brutally abuse their victims using violence, threats, lies, debt bondage, and other forms of coercion to compel their victims to engage in commercial sex acts against their will. Large numbers of minor sex trafficking victims are sold via the Internet, which functions as a modern slave auction where traffickers can anonymously advertise the children and their commercial sexual services, while further exploiting them through child pornography. Cook County Sheriff, Thomas Dart, has estimated that in April 2014 alone, Backpage published more than 1.4 million adult services ads and made at least $9 million. Purchasers of commercial sex use online forums to review their experiences and spread information about how to avoid law enforcement detection. Gangs of national significance operate many of the sex trafficking networks. Recent research on sex trafficking in Chicago has found that traffickers yearly earn from $150,000 to $500,000 from their crimes.

The DOJ must bring to a halt the nation's sex trafficking enterprises. The law enforcement agencies we represent will cooperate with the DOJ and assist in every possible way. We urge you to bring the full weight of the DOJ against the nation's sex trafficking networks and websites that facilitate the selling of children.

DOJ must use every applicable provision of the US Code, including the SAVE Act and the Justice for Victims of Trafficking Act, to investigate, pursue, and when appropriate, prosecute individuals and Internet websites that engage in the despicable conduct of advertising minors for sex.

We know President Obama believes that sex trafficking is equivalent to modern day slavery. We know that one of DOJ's top priorities is to bring human and sex traffickers to justice. We share President Obama's and DOJ's deep concern about these issues. We are prepared to work with President Obama and DOJ to bring an end to sex trafficking and the websites that facilitate sex trafficking.

We hope soon to hear from your office.

Sincerely,

_____
Adams County Sheriff Brent Fischer

_____
DeKalb County Sheriff Roger Scott

_____
Jefferson County Sheriff Travis Allen

_____
Kendall County Undersheriff Harold Martin

_____
LaSalle County Sheriff Thomas Templeton

_____
Macon County Sheriff Thomas Schneider

_____
Madison County Sheriff John Lakin

_____
McLean County Sheriff Jon Sandage

_____
Ogle County Sheriff Brian VanVickle

_____
Peoria County Sheriff Michael McCoy

_____
St. Clair County Sheriff Rick Watson

_____
Stephenson County Sheriff David Snyders

_____
Whiteside County Sheriff Kelly Wilhelm

_____
Winnebago County Sheriff Gary Caruana

_____
Bloomington City Police Chief Brendan Heffner

_____
Carbondale City Police Chief Jeff Grubbs

_____
Danville City Police Chief Larry Thomason

_____
Dixon City Police Chief Danny Langloss

_____
East Moline City Police Chief John Reynolds

_____
LaSalle City Police Chief Robert Uranich

_____
Marion City Police Chief Dawn Tondini

_____
Peoria City Police Chief Jerry Mitchell

_____
Pekin City Police Chief John Dossey

_____
Rochelle City Police Chief Eric Higby

_____
Peru City Police Chief Doug Bernabei

_____
Rockton City Police Chief Steve Dickson

_____
Rockford City Police Assistant Deputy Chief Doug Pann

_____
Rockford Park District Police Theo G_____

_____
South Beloit City Police Chief Dean Stiegmeier

_____
Rock Valley College Police Chief Joe Drought

_____
Sycamore City Police Chief Glenn Theriault

_____
Sterling City Police Chief Ron Pothoff

_____
Winnebago Village Police Chief Todd Stockburger

_____
Loves Park Police Chief Rodney L Scott

_____
Urbana City Police Chief Patrick Connolly

_____
Ottowa City Police Chief Brent Roalson