MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION
TO APPLICATION OF SENATE PERMANENT SUBCOMMITTEE
ON INVESTIGATIONS TO ENFORCE SUBPOENA DUCES TECUM

# Exhibit L



# Akin Gump
## STRAUSS HAUER & FELD LLP

STEVEN R. ROSS
202.887.4343/fax: 202.887.4288
sross@akingump.com

August 26, 2015

**VIA ELECTRONIC DELIVERY**

The Honorable Rob Portman, Chairman
The Honorable Claire McCaskill, Ranking Member
Permanent Subcommittee on Investigations
Committee on Homeland Security & Governmental Affairs
United States Senate
Russell Senate Office Building, SR-199
Washington, DC 20510

    *Re: July 7, 2015 & August 13, 2015 Subpoenas Issued to Backpage.com*

Dear Chairman Portman and Ranking Member McCaskill:

    On behalf of Backpage.com, LLC ("Backpage.com"), we write in further regard to the subpoena for documents issued by the Permanent Subcommittee on Investigations (the "Subcommittee") on July 7, 2015 (the "Document Subpoena"), and in regard to the subpoenas for testimony issued by the Subcommittee to two Backpage.com employees on August 13, 2015 (the "Deposition Subpoenas").

    As we outlined in our August 6, 2015 letter regarding the Document Subpoena, a copy of which is enclosed, the Subcommittee's investigation of Backpage.com raises fundamental constitutional concerns. However, rather than responding to these concerns or working, as we suggested, to "discuss[] a way to proceed that ensures that the Subcommittee…not encroach on Backpage.com's well settled constitutional and statutory protections" (including a discussion regarding utilizing the statutorily-provided procedure to obtain judicial review through civil enforcement), the Subcommittee chose instead to expand its inquiry and to issue the Deposition Subpoenas. We believe these subpoenas further violate Backpage.com's constitutional rights, and we reiterate all of the concerns and objections outlined in our August 6, 2015 letter in this regard. As a publisher of speech, Backpage.com's First Amendment concerns are far from frivolous and deserve serious consideration. Further, the preservation of these important



August 26, 2015
Page 2

constitutional rights would appear to be precisely the type of issue that would lend itself to best be resolved by judicial consideration.[1]

In addition, we are further concerned that the Senate's inquiry is related to—and indeed connected with—recent explicit efforts by other governmental actors to halt Backpage.com's legitimate, legal, and First Amendment-protected business operations. Indeed, members of the Senate have targeted Backpage.com since at least 2012, when four Senators—from both political parties and four separate states—sent letters to 40 advertisers of the Village Voice Media (Backpage.com's former parent company), urging them to "use [their] economic influence" to "do the right thing and shut down the 'adult entertainment' section" of Backpage.com.[2]

More recently, Senator Mark Kirk has partnered with local law enforcement to continue his crusade against Backpage.com.[3] When Cook County Sheriff Thomas J. Dart pressured the major credit card companies to cut off use of their cards for purchases on Backpage.com, with the aim of eliminating the website's ability to do business altogether, Senator Kirk applauded the efforts.[4] Since that time, Senator Kirk has repeatedly commended Sheriff Dart and leveled his own attacks against Backpage.com. For example, on July 21, 2015, Senator Kirk released a statement that said, "Sheriff Tom Dart has stood up to Backpage, the leading source of underage sex trafficking in the United States, and deserves our praise. Backpage isn't a legitimate business, and it's time the Department of Justice shuts it down for good and holds its owners accountable for facilitating the sale of underage girls for sex."[5] In addition, Senator Kirk— joined by three Senators and three Members of the House of Representatives—has sent multiple letters to the Department of Justice urging that it utilize the FBI and criminal investigations sections to pursue an "aggressive" investigation of Backpage.com.[6] As recently as August 20,

---

[1] *See* 28 U.S.C. § 1365 (2012).

[2] *See* Press Release, Sen. Mark Kirk, Kirk, Blumenthal, Rubio, Cornyn Call on Advertisers and Investors to End Online Child Sex Trafficking at Backpage (Apr. 18, 2012), *available at* http://www.kirk.senate.gov/?p=press_release&id=476.

[3] *See, e.g.*, Press Release, Sen. Mark Kirk, Kirk, Dart Continue to Lead Charge to Crack Down on Child Prostitution (Jun. 30, 2014), *available at* http://www.kirk.senate.gov/?p=press_release&id=1128.

[4] *See, e.g.*, Press Release, Sen. Mark Kirk, Kirk Statement on Visa, Mastercard Banning Use of Credit Cards to Buy Ads Facilitating Human Trafficking (Jul. 1, 2015), *available at* http://www.kirk.senate.gov/?p=press_release&id=1457.

[5] Press Release, Sen. Mark Kirk, Kirk Backs Dart in Fight With Human Trafficking Site Backpage (Jul. 21, 2015), *available at* http://www.kirk.senate.gov/?p=press_release&id=1483.

[6] *See* Press Release, Sen. Mark Kirk, Kirk Leads Call for Investigation into Sex-Trafficking Site Backpage.com (Aug. 10, 2015), *available at* http://www.kirk.senate.gov/?p=press_release&id=1501; *see also* Press



August 26, 2015
Page 3

2015, Senator Kirk reiterated his support of Sheriff Dart's efforts to put Backpage.com out of business and called for sponsors to "pull ads" and for the Department of Justice to "shut it down."[7] Given the close proximity of time and the overlapping subject matter between Senator Kirk's campaign against Backpage.com and the Subcommittee's investigation, it appears that the Senate, through the Subcommittee, is a participant in a coordinated attempt to drive Backpage.com out of business.

As the Subcommittee is aware, Backpage.com is in the midst of pursuing legal action against Sheriff Dart in federal court. Backpage.com is aggressively defending itself against Sheriff Dart's efforts to use the power of his office to damage Backpage.com's legal business. Given the significance of the potential impact to the company posed by Sheriff Dart's attack, Backpage.com's legal attention and focus must first be dedicated to defending itself against such an overarching threat.

In addition to the ongoing litigation against Sheriff Dart, and as we proposed in our August 6, 2015 letter, Backpage.com has sought—for the explicit purpose of being permitted to provide the relevant judicial opinion to the Subcommittee—a modification of an existing judicial order that placed under seal a specific federal judicial opinion that provides an informed discussion of the First Amendment limitations on a similar attempt to subpoena comparable information from the company. That motion was filed with the appropriate court on August 13, 2015, and a decision is imminent. Should Backpage.com's motion be granted, and the order be unsealed for the purposes of the Subcommittee's review, we will promptly inform the Subcommittee.

However, until that time and until Backpage.com has had sufficient opportunity to pursue its remedies against Sheriff Dart's efforts to banish the company from continuing to engage in First Amendment-protected communicative activities, we believe it is inappropriate for the Subcommittee to continue use its governmental authority to seek to compel disclosure of information and documents from Backpage.com and its employees. As such, we respectfully request that the Document Subpoena and the Deposition Subpoenas be withdrawn, or otherwise suspended by the Subcommittee for 30 days. Alternatively, we request a meeting with the Subcommittee staff and Senate Legal Counsel to discuss a method by which the Subcommittee's

---

Release, Sen. Mark Kirk, Kirk Leads Letter to DOJ Requesting Immediate Investigation of Backpage.com (Jan. 28, 2015), *available at* http://www.kirk.senate.gov/?p=press_release&id=1315.

[7] *See* Mark Kirk (@SenatorKirk), TWITTER (Aug. 20, 2015), https://twitter.com/SenatorKirk/status/634365297374457857.



August 26, 2015
Page 4

subpoenas be subject to judicial review and consideration, and by which Backpage.com and the individual employees may be able to raise constitutional concerns.[8]

In closing, Backpage.com respects the Subcommittee's professed efforts to investigate issues related to human trafficking, and it has indeed voluntarily assisted the Subcommittee in this regard. Toward this end, in our August 6, 2015 letter, rather than simply refusing to provide documents, we asked that the subpoena be withdrawn or that, in the alternative, we discuss another way in which to proceed. Respectfully, we believe that any path forward must fall within the bounds of the Subcommittee's constitutional authority and must not infringe upon Backpage.com's constitutional rights.

We thank you for your consideration.

Sincerely,

*SRoss/my*

Steven R. Ross
Stanley M. Brand
Akin Gump Strauss Hauer & Feld
Counsel for Backpage.com, LLC

Robert Corn-Revere
Davis Wright Tremaine, LLP
Counsel for Backpage.com, LLC

Encl.

---

[8] Recent events, including the above-referenced Senators' repeated requests for an aggressive criminal investigation of Backpage.com (the latest of which was made at the very time the Subcommittee was issuing the Deposition Subpoenas), as well as yesterday's high-profile arrests of multiple current and former employees of an adult website, will, in our view, clearly present the necessity for any witness to be deposed to first consider the invocation of his or her individual constitutional rights, in addition to Backpage.com's constitutional rights as discussed in this and in our August 6, 2015 letter.