IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SENATE PERMANENT SUBCOMMITTEE ON INVESTIGATIONS,<br><br>    Applicant,<br><br>v.<br><br>CARL FERRER,<br><br>    Respondent. | Misc. No. 1:16-mc-00621-RMC |

**MOTION FOR ORAL HEARING**

Respondent Carl Ferrer, by and through his counsel of record, Steven Ross, Stanley Brand, and Robert Corn-Revere, and pursuant to Rule 7(f) of the Local Rules of the District for the District of Columbia, files this Motion for Oral Hearing. Counsel for Mr. Ferrer have conferred with counsel for the Senate Permanent Subcommittee on Investigations ("Subcommittee"), and counsel for the Subcommittee has informed counsel for Mr. Ferrer that the Subcommittee takes no position regarding this motion. The grounds for Respondent's motion are as follows:

1. Pursuant to Local Rule 7(f), Respondent Carl Ferrer, on behalf of Backpage.com LLC, hereby respectfully requests that the Court schedule an oral hearing on the Permanent Subcommittee's Application to Enforce Subpoena Duces Tecum of Senate Permanent Subcommittee on Investigations and Respondent's Opposition thereto.

2. The Application raises rare and substantial First Amendment issues with respect to Respondent's constitutionally-protected role as an online intermediary for the

speech of its users in the context of a congressional attempt to compel production of information.

3. Moreover, applicant has requested extraordinary relief in seeking judicial enforcement of its subpoena under 28 U.S.C. § 1365 in circumstances that present significant questions concerning the proper use of the congressional authority to conduct investigations, invoking a process as rarely utilized as its implications are dire for Respondent. In doing so, Applicant has sought to expropriate this Court's authority in furtherance of an investigation lacking a legitimate legislative purpose.

In light of these factors, Respondent respectfully requests that the Court grant an oral hearing in this case.

DATED: April 26, 2016.                    Respectfully Submitted,

                                          Steven R. Ross
                                          Stanley M. Brand
                                          AKIN GUMP STRAUSS HAUER & FELD LLP
                                          1333 New Hampshire Avenue NW
                                          Washington, D.C. 20036
                                          Telephone: (202) 887-4343

                                          Robert Corn-Revere
                                          DAVIS WRIGHT TREMAINE LLP
                                          1919 Pennsylvania Avenue NW, Suite 800
                                          Washington, D.C. 20006
                                          Telephone: (202) 973-4200

                                          Counsel for Carl Ferrer

speech of its users in the context of a congressional attempt to compel production of information.

3. Moreover, applicant has requested extraordinary relief in seeking judicial enforcement of its subpoena under 28 U.S.C. § 1365 in circumstances that present significant questions concerning the proper use of the congressional authority to conduct investigations, invoking a process as rarely utilized as its implications are dire for Respondent. In doing so, Applicant has sought to expropriate this Court's authority in furtherance of an investigation lacking a legitimate legislative purpose.

In light of these factors, Respondent respectfully requests that the Court grant an oral hearing in this case.

DATED: April 26, 2016.                    Respectfully Submitted,

                                          Steven R. Ross
                                          Stanley M. Brand
                                          AKIN GUMP STRAUSS HAUER & FELD LLP
                                          1333 New Hampshire Avenue NW
                                          Washington, D.C. 20036
                                          Telephone: (202) 887-4343

                                          Robert Corn-Revere
                                          DAVIS WRIGHT TREMAINE LLP
                                          1919 Pennsylvania Avenue NW, Suite 800
                                          Washington, D.C. 20006
                                          Telephone: (202) 973-4200

                                          Counsel for Carl Ferrer

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 26, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for Applicant.

*/s/ Steven R. Ross*

**Steven R. Ross**

*Counsel for Respondent*