# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SENATE PERMANENT SUBCOMMITTEE ON INVESTIGATIONS,<br><br>Applicant,<br><br>v.<br><br>CARL FERRER,<br><br>Respondent. | )<br>)<br>)<br>)<br>)  Misc. No. 1:16-mc-00621-RMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RESPONDENT'S NOTICE OF CORRECTED FILING REGARDING RESPONDENT'S SURREPLY

Respondent, Carl Ferrer, respectfully notifies the Court that the Respondent's Surreply filed on May 24, 2016 (ECF No. 12-2) along with Respondent's Motion for Leave to File Surreply (ECF No. 12) inadvertently included an incomplete footnote providing citations to precedent. Respondent's Corrected Surreply with the complete text of footnote 2 and original accompanying exhibits is attached to this Notice of Corrected Filing.

Respondent respectfully requests that the Court accept this Notice of Corrected Filing and the attached Respondent's Corrected Surreply with accompanying exhibits.

Respectfully submitted,

_/s/_

Steven R. Ross, Bar #244863
Stanley M. Brand, Bar #213082
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue NW

- 2 -

Washington, D.C. 20036
Telephone: (202) 887-4343

Robert Corn-Revere, Bar #375415
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, D.C. 20006
Telephone: (202) 973-4200

Counsel for Carl Ferrer

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 25, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for Applicant.

/s/ Steven R. Ross

**Steven R. Ross**
*Counsel for Respondent*