UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SENATE PERMANENT SUBCOMMITTEE ON INVESTIGATIONS,<br><br>    Applicant,<br><br>  v.<br><br>CARL FERRER,<br><br>    Respondent. | Misc. No. 1:16-mc-00621-RMC |

**MOTION OF SENATE PERMANENT SUBCOMMITTEE ON INVESTIGATIONS
FOR LEAVE TO FILE A RESPONSE TO
RESPONDENT CARL FERRER'S SURREPLY**

  The Senate Permanent Subcommittee on Investigations of the Committee on Homeland Security and Governmental Affairs (the "Subcommittee"), through undersigned counsel, hereby respectfully moves this Court for leave to file a short response to the Surreply of Respondent Carl Ferrer, should the Court grant Mr. Ferrer's request to file that surreply. The proposed response with an accompanying exhibit is attached hereto. The grounds for this motion are:

  1. In the Subcommittee's Reply in support of its Application to enforce subpoena duces tecum to Carl Ferrer, the Subcommittee discussed the posting of an advertisement for sexual services by a minor on Backpage.com by an investigator in Cook County Sheriff Tom Dart's office, and the editing of that advertisement by Backpage, as described in a filing by Sheriff Dart in *Backpage.com v. Dart*, No. 1:15-cv-06340 (N.D. Ill.).

  2. Respondent Carl Ferrer has asked leave to file a surreply addressing that advertisement and an additional matter as well.

  3. Should the Court grant Mr. Ferrer's motion to file a surreply, the Subcommittee

requests leave to file a short (3 paragraphs) response to that surreply, attaching a declaration recently filed in *Backpage.com v. Dart*, No. 1:15-cv-06340 (N.D. Ill.), that further explains the facts surrounding the advertisement in question.  As Mr. Ferrer's proposed surreply takes issue with the facts surrounding the posting of that advertisement, the Subcommittee considers it important to provide the Court with a complete record regarding the advertisement and Backpage's screening thereof.

      4.      Pursuant to LCvR 7(m), counsel for the Subcommittee has conferred with counsel for Respondent Carl Ferrer, and Respondent's counsel has informed the Subcommittee's counsel that Respondent Ferrer does not oppose this motion.

      WHEREFORE the Subcommittee respectfully requests that the Court grant the Subcommittee leave to file the attached response to Respondent Carl Ferrer's surreply.

Respectfully submitted,

/s/ Patricia Mack Bryan
Patricia Mack Bryan, Bar #335463
Senate Legal Counsel

Morgan J. Frankel, Bar #342022
Deputy Senate Legal Counsel

Grant R. Vinik, Bar #459848
Assistant Senate Legal Counsel

Thomas E. Caballero
Assistant Senate Legal Counsel

Office of Senate Legal Counsel
642 Hart Senate Office Building
Washington, D.C. 20510-7250
(202) 224-4435 (tel)
(202) 224-3391 (fax)

Dated: June 2, 2016

Counsel for Senate Permanent Subcommittee on Investigations