UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SENATE PERMANENT SUBCOMMITTEE ON INVESTIGATIONS, <br><br> Applicant, <br><br> v. <br><br> CARL FERRER, <br><br> Respondent. | Misc. No. 1:16-mc-00621-RMC |

**RESPONSE OF SENATE PERMANENT SUBCOMMITTEE ON INVESTIGATIONS TO RESPONDENT CARL FERRER'S SURREPLY**

The Senate Permanent Subcommittee on Investigations of the Committee on Homeland Security and Governmental Affairs (the "Subcommittee") respectfully submits this response to Respondent Carl Ferrer's Surreply on the Application to Enforce the Subcommittee's subpoena duces tecum.

In its reply in support of its Application, the Subcommittee referenced the posting and editing of an advertisement for sexual services of a minor submitted to Backpage.com by an investigator in the Office of Cook County Sheriff Tom Dart. Sheriff Dart described that advertisement in a recent filing in *Backpage.com v. Dart*, No. 1:15-cv-06340 (N.D. Ill.) (Sheriff Dart's Motion for Leave to Amend Affirmative Defenses, filed Apr. 21, 2016, at 5-6, ECF No. 155). Mr. Ferrer's surreply in this matter takes issue with the facts surrounding the posting of that advertisement. In order to provide a complete record for the Court, the Subcommittee submits herewith (Subcommittee Exhibit P) a recently filed declaration from the investigator in Sheriff Dart's office who submitted the advertisement in question, which explains the circumstances surrounding the posting. Sheriff Dart discussed that declaration in his Reply in

Support of Motion to Amend Affirmative Defenses, at 8-11, ECF No. 161, *Backpage.com v. Dart*, No. 1:15-cv-06340 (N.D. Ill.), attaching the Declaration of Investigator Brosnan as Exhibit C.  The declaration contradicts the description of the posting and editing of the advertisement Mr. Ferrer offered in his surreply.

      The Court need not resolve in this action the factual dispute over the posting of that advertisement, which is at issue in the litigation pending before the U.S. District Court for the Northern District of Illinois.  However, the posting of that advertisement and its disputed circumstances demonstrate the uncertainty surrounding Backpage's screening processes and highlight the Subcommittee's need for documents about those processes.

      Respectfully submitted,

/s/ Patricia Mack Bryan
Patricia Mack Bryan, Bar #335463
Senate Legal Counsel

Morgan J. Frankel, Bar #342022
Deputy Senate Legal Counsel

Grant R. Vinik, Bar #459848
Assistant Senate Legal Counsel

Thomas E. Caballero
Assistant Senate Legal Counsel

Office of Senate Legal Counsel
642 Hart Senate Office Building
Washington, D.C. 20510-7250
(202) 224-4435 (tel)
(202) 224-3391 (fax)

Dated: June 2, 2016

Counsel for Senate Permanent Subcommittee on Investigations